# BANKRUPTCY ADMINISTRATOR
# WESTERN DISTRICT OF NORTH CAROLINA



402 West Trade Street  
Suite 200  
Charlotte, NC 28202  
704-350-7587 (main)

Shelley K. Abel  
Bankruptcy Administrator  
704-350-7590  
shelley_abel@ncwba.uscourts.gov

September 4, 2019

U.S. Bankruptcy Court  
Western District of North Carolina  
401 West Trade Street, Room 111  
Charlotte, NC 28202

Re:   Creditors' Committee  
      Case Name:   Bon Worth, Inc.  
      Case No.:    19-10317

Dear Sir or Madam:

Enclosed please find the responses received by this office to the Notice to Creditors Holding Twenty Largest Unsecured Claims. Because only two creditors who were **not** included on the list of the twenty largest have accepted appointment, no committee will be appointed at this time. In addition, there were no acceptances received from any of the creditors who were included on the list of the twenty largest.

Should any other creditors, who were not on the filed list of the twenty largest, provide an acceptance form to this office, the recommendation is that those creditors file a motion with the Court to determine whether to appoint an unsecured creditors' committee in this case.

Thank you for your time and attention to this matter.

Sincerely,

Shelley K. Abel  
Bankruptcy Administrator

ses  
Encl.

cc:   Double Take Fashions, Inc.  
      GACC, LLC d/b/a Shenanigan's

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE: )
) Case No.: 19-10317
BON WORTH, INC., )
) Chapter 11
Debtor. )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

__X__  Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

____  Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: Double Take Fashions, Inc.

Name of Representative: Alan Mizrahi

Address of Representative: 4014 1st Avenue, Room 401, Brooklyn, NY 11232

Amount of Claim: $ 727,341.51

Type of Claim: Goods sold

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: Creditor, no relation

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: (212) 391-9000 x111    Email: alan@doubletakefashions.com

Dated: August 26, 2019

_____
Signature

**Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666, Email: sarah_e_scholz@ncwba.uscourts.gov.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE: ) 
) Case No.: 19-10317
BON WORTH, INC., )
) Chapter 11
Debtor. )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

__X__ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

____ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: GACC, LLC d/b/a SHENANIGAN'S

Name of Representative: CHRISTOPHER DALPIAZ

Address of Representative: c/o MASSOUD & PASHKOFF, LLP

1700 Broadway, 41st Floor

New York, NY 10019

Amount of Claim: $445,066.65

Type of Claim: breach of contract for failure to pay for goods delivered

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: NONE

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: (646) 623-2300    Email: Cdalpiaz@outlook.com

Dated: September 4, 2019

_____
Signature

Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666, Email: sarah_e_scholz@ncwba.uscourts.gov

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE: )
) Case No.:    19-10317
BON WORTH, INC., )
) Chapter 11
Debtor. )

### NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

___  Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

✓  Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: **LANA FASHIONWEAR INC.**
Name of Representative: **MING WONG**
Address of Representative: **21 S. End Ave #339**
**New York, NY 10280**

Amount of Claim: $ **384,445**
Type of Claim: **Merchandise**

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: **None**

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: **212-786-0405**   Email: **jwong@lanausa.com**
Dated: **8/27/2019**

_____
Signature

Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666, Email: sarah_e_scholz@ncwba.uscourts.gov.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE: )
) Case No.: 19-10317
BON WORTH, INC., )
) Chapter 11
Debtor. )

### NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

___ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

_X_ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: __Lipman & Plesur, LLP__

Name of Representative: __Robert D. Lipman, Esq.__

Address of Representative: __500 N. Broadway, Suite 105, Jericho, New York 11753__

Amount of Claim: $ __45,706.52__

Type of Claim: __Legal Fees__

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: __Attorneys__

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: __516-931-0050__    Email: __Lipman@lipmanplesur.com__

Dated: __August 26, 2019__

Signature

Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666, Email: sarah_e_scholz@ncwba.uscourts.gov.