

# BANKRUPTCY ADMINISTRATOR
# WESTERN DISTRICT OF NORTH CAROLINA

402 West Trade Street
Suite 200
Charlotte, NC 28202
704-350-7587 (main)

Shelley K. Abel
Bankruptcy Administrator
704-350-7590
shelley_abel@ncwba.uscourts.gov

September 6, 2019

U.S. Bankruptcy Court
Western District of North Carolina
401 West Trade Street, Room 111
Charlotte, NC 28202

Re:   Late Responses to Creditors' Committee
      Case Name:   Bon Worth, Inc.
      Case No.:    19-10317

Dear Sir or Madam:

Enclosed please find the late responses received from creditors who were **not** included on the list of the twenty largest that have accepted appointment in the above referenced case.

For those creditors who were not included on the list of the twenty largest and who provided acceptance forms to this office, the recommendation is that those creditors file a motion with the Court to determine whether to appoint an unsecured creditors' committee in this case.

Thank you for your time and attention to this matter.

Sincerely,

Shelley K. Abel
Bankruptcy Administrator

ses

cc:   Renshun Accessories, LLC
      Runway 7 Fashions, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE: )
) Case No.: 19-10317
BON WORTH, INC., )
) Chapter 11
Debtor. )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

✓ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

___ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: Renshun Accessories, LLC

Name of Representative: NA LI

Address of Representative: 40 West 37 Penthouse C, New York, NY 10018

Amount of Claim: $ 98,000.00

Type of Claim: unsecured claim for merchandise sold and delivered

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: Supplier of merchandise

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: 212-216-9016    Email: lina@renshunusa.com

Dated: 9/5/2019

*na li*
Signature

**Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666, Email: sarah_e_scholz@ncwba.uscourts.gov.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE:                                    )
                                          ) Case No.:    19-10317
BON WORTH, INC.,                          )
                                          ) Chapter 11
            Debtor.                       )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

✓ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

___ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: Runway 7 Fashions, Inc.

Name of Representative: Vicki Regensburg, Priti Pandit

Address of Representative: 213 West 35th St Suite 900
New York, N.Y. 10001

Amount of Claim: $ 429,121.0

Type of Claim: Good sold and delivered to, and retained, and sold by, debtor

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: Supplier of Apparel

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: 516-661-9826   Email: Vickireg at runway7fashions.com

Dated: 9/4/19

_____
Signature

Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666, Email: sarah_e_scholz@ncwba.uscourts.gov.