**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Asheville Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BON WORTH, INC., | ) | Case No. 19-10317 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## **NOTICE OF EXPEDITED HEARING ON BID PROCEDURES MOTION**

PLEASE TAKE NOTICE that the debtor in the above-captioned case (the "Debtor") has filed a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and on September 10, 2019 filed Debtor's Motion for Order (I) Authorizing and Scheduling Public Action for Sale of Substantially All of the Debtor's Assets Free and Clear of Any and All Liens, Claims, Encumbrances and Other Interests; (II) Approving Procedures for Submission of Qualified Overbids; (III) Approving Bid Protections; and (IV) Approving Form and Manner of Notice Pursuant to Fed R. Bankr. P. 2002 ("the Bid Procedures Motion").

PLEASE TAKE NOTICE that a hearing to consider the Bid Procedures Motion and the relief requested therein will be held on Friday, September 20, 2019 at the United States Bankruptcy Court for the Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, NC 28801-2611 at 10:30 (Eastern Time).

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN ON OR BEFORE WEDNESDAY SEPTEMBER 18, 2019 AT 5:00 P.M. EASTERN TIME YOU MUST:**

(1) A.  File with the Bankruptcy Court a written objection at:

Clerk, United states Bankruptcy Court
Western District of North Carolina
100 Otis Street
Asheville, NC 28801-2611

      B.     If you have your attorney file a written objection then the objection should be filed with the Bankruptcy Court by electronic means through the Court's website, www.ncwb.uscourts.gov under the name and case number shown above

(2) You must also serve a copy of such request to the parties shown below and any other parties as required by law or orders of the Court on or before the date described above:

> Paul R. Baynard
> Offit Kurman
> 301 S. College Street, Ste. 2600
> Charlotte, NC 28202-6006
> E-mail: paul.baynard@offitkurman.com
>
> Glenn C. Thompson
> Hamilton, Stephens, Steele + Martin, PLLC
> 525 N. Tryon St., 14th Floor
> Charlotte, North Carolina 28207
> E-Mail: gthompson@lawhssm.com
>
> Steven B. Soll
> Otterbourg, P.C.
> 230 Park Avenue
> New York, New York 10169-0075
> E-Mail: ssoll@otterbourg.com
>
> Felton Parrish
> Hull & Chandler, P.A.
> 1001 Morehead Square Drive, Suite 450
> Charlotte, North Carolina 28203
> E-Mail: fparrish@lawyerscarolina.com
>
> Office of Bankruptcy Administrator
> 402 W. Trade St., Suite 200
> Charlotte, NC 28202

(3) Attend the hearing scheduled for <u>Friday, September 20, 2019 at 10:30 a.m. Eastern Time</u> or as soon thereafter as the matter can be heard in the United States Bankruptcy Court, Western District of North Carolina, 100 Otis Street, Asheville, NC 28801-2611. You should attend this hearing if you file an objection

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an Order granting the relief requested. No further notice of that hearing will be given.

This the 10th day of September, 2019.

                        OFFIT KURMAN

                        /s/ Amy P. Hunt
                        Paul R. Baynard
                        N.C. State Bar No. 15769
                        Amy P. Hunt
                        N.C. State Bar No. 34166
                        301 S. College Street, Ste. 2600
                        Charlotte, NC 28202-6006
                        Telephone: 704-377-2500
                        Facsimile: 704-714-7935
                        E-mail: paul.baynard@offitkurman.com
                        E-mail: amy.hunt@offitkurman.com

                        *Proposed Counsel to the Debtor*

4823-0194-5764, v. 1