

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 19–10317
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Bon Worth, Inc.
40 Francis Road
Hendersonville, NC 28792–9314
Social Security No.:
Debtor EIN:
56–0963664

# CLERK'S CORRECTIVE NOTICE

**PLEASE TAKE NOTICE** that the Notice of 341(a) Meeting of Creditors mailed by the court on August 28, 2019 incorrectly stated the time of the 341 meeting as 2:00 pm.

**PLEASE TAKE FURTHER NOTICE** that the correct time for the 341 meeting is 1:00 pm.

Dated: September 13, 2019                                                                          Steven T. Salata
                                                                                                                         Clerk of Court

Electronically filed and signed (9/13/19)