**Fill in this information to identify the case:**

Debtor name **Bon Worth, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-10317**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 18, 2019**

X **/s/ David A. Herman**
Signature of individual signing on behalf of debtor

**David A. Herman**
Printed name

**Chief Operating Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Bon Worth, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-10317**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **2,827,798.45** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **2,827,798.45** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **839,826.26** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **213,004.89** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **7,661,769.83** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **8,714,600.98** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Bon Worth, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-10317**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$16,750.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Master** | **2794** | **$92,000.00** |
| 3.2. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Payables** | **2846** | **$0.00** |
| 3.3. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Payroll** | **2833** | **$0.00** |
| 3.4. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Credit Card** | **2817** | **$0.00** |
| 3.5. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 1** | **6239** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

| | | | | |
|---|---|---|---|---|
| 3.6. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 17** | **6255** | **$0.00** |
| 3.7. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 28** | **6297** | **$0.00** |
| 3.8. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 76** | **6381** | **$0.00** |
| 3.9. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 145** | **3375** | **$0.00** |
| 3.10. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 213** | **1016** | **$0.00** |
| 3.11. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 221** | **0089** | **$0.00** |
| 3.12. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 226** | **0102** | **$0.00** |
| 3.13. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 228-449** | **0128** | **$0.00** |
| 3.14. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 237** | **0157** | **$0.00** |
| 3.15. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 243** | **2374** | **$0.00** |
| 3.16. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 247** | **0173** | **$0.00** |
| 3.17. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 251** | **0186** | **$0.00** |
| 3.18. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 263** | **0199** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**

| | | | | |
|---|---|---|---|---|
| 3.19. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 278** | **0521** | **$0.00** |
| 3.20. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 300** | **0241** | **$0.00** |
| 3.21. | **BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, NC 28255** | **Store 316** | **0267** | **$0.00** |
| 3.22. | **BB&T, 200 WEST SECOND STREET WINSTON-SALEM, NC 27101** | **Store 14** | **9869** | **$1,835.00** |
| 3.23. | **BANCORP SOUTH, ONE MISSISSIPPI PLAZA 201 SOUTH SPRING STREET TUPELO, MS 38804** | **Store 20** | **4294** | **$8,602.00** |
| 3.24. | **BANK OF THE OZARKS, 12615 CHENAL PKWY, LITTLE ROCK, AR 72211** | **Store 25** | **5501** | **$2,471.00** |
| 3.25. | **CITY NATIONAL BANK, 1133 MOCKINGBIRD LN, SULPHUR SPRINGS, TX 75482** | **Store 26** | **0079** | **$2,510.00** |
| 3.26. | **REGIONS BANK, 1900 FIFTH AVENUE NORTH BIRMINGHAM, ALABAMA 35203** | **Store 34** | **3819** | **$1,251.00** |
| 3.27. | **BANTERRA BANK, 3201 BANTERRA DRIVE MARION, ILLINOIS 62959** | **Store 36** | **6311** | **$3,698.00** |
| 3.28. | **FIRST STATE COMMUNITY BANK, 201 EAST COLUMBIA STREET FARMINGTON, MISSOURI 63640** | **Store 47** | **0359** | **$6,315.00** |
| 3.29. | **PEOPLES BANK OF GRACEVILLE, 5306 BROWN ST, GRACEVILLE, FL 32440** | **Store 51** | **8045** | **$1,368.00** |
| 3.30. | **CITIZENS NATIONAL BANK, P.O. BOX 370 DYERSBURG, TN 38025-0370** | **Store 53** | **1551** | **$7,166.00** |
| 3.31. | **REGIONS BANK, 1900 FIFTH AVENUE NORTH BIRMINGHAM, ALABAMA 35203** | **Store 54** | **5416** | **$2,749.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

| | | | | |
|---|---|---|---|---|
| 3.32. | **US BANK, 800 NICOLLET MALL MINNEAPOLIS, MN 55402** | **Store 74** | **0567** | **$1,959.00** |
| 3.33. | **FROST BANK, 100 WEST HOUSTON STREET SAN ANTONIO, TEXAS 78205** | **Store 78** | **1542** | **$1,167.00** |
| 3.34. | **UNITED BANK/WESBANCO, 1 BANK PLAZA WHEELING, WV 26003** | **Store 81** | **0532** | **$3,879.00** |
| 3.35. | **SIMMONS BANK, PO BOX 7009, PINE BLUFF, AR 71611** | **Store 84** | **2208** | **$4,063.00** |
| 3.36. | **MONTGOMERY BANK, MONTGOMERY BANK PLAZA P O BOX 948 SIKESTON, MO 63801** | **Store 91** | **0563** | **$3,199.00** |
| 3.37. | **BB&T, 200 WEST SECOND STREET WINSTON-SALEM, NC 27101** | **Store 94** | **2795** | **$479.00** |
| 3.38. | **PNC, 300 FIFTH AVENUE THE TOWER AT PNC PLAZA PITTSBURGH, PA 15222-2707** | **Store 107** | **8918** | **$1,071.00** |
| 3.39. | **FIRST NATIONAL BANK, 604 HIGHLAND AVENUE CARROLLTON, KY** | **Store 109** | **0448** | **$3,479.00** |
| 3.40. | **CENTRAL BANK OF BRANSON, 400 S. BUSINESS 65 P.O. BOX 130 BRANSON, MO 65615** | **Store 125** | **3923** | **$3,557.00** |
| 3.41. | **NORTHEAST GEORGIA BANK, 12461 AUGUSTA ROAD PO BOX 765 LAVONIA, GA 30553** | **Store 126** | **0526** | **$2,784.00** |
| 3.42. | **FIRST BANK OF BOAZ, 124 S MAIN ST, BOAZ, AL 35957** | **Store 141** | **3122** | **$3,692.00** |
| 3.43. | **WELLS FARGO/FLAGSTAR, P.O. BOX 63020 SAN FRANSICO, CA 94163** | **Store 146** | **8344** | **$3,076.00** |
| 3.44. | **BB&T, 200 WEST SECOND STREET WINSTON-SALEM, NC 27101** | **Store 152** | **5263** | **$7,956.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

| | | | | |
|---|---|---|---|---|
| 3.45. | **CENTRAL BANK OF BRANSON, 400 S. BUSINESS 65 P.O. BOX 130 BRANSON, MO 65615** | **Store 158** | **3931** | **$7,439.00** |
| 3.46. | **PNC, 300 FIFTH AVENUE THE TOWER AT PNC PLAZA PITTSBURGH, PA 15222-2707** | **Store 168** | **2624** | **$3,643.00** |
| 3.47. | **1ST NATIONAL OF LIVINGSTON, P O BOX 671 LIVINGSTON, TEXAS 77351** | **Store 175** | **6124** | **$2,661.00** |
| 3.48. | **AMERICAN NAT'L BANK OF TEXAS, P.O. BOX 40 TERRELL, TEXAS 75160** | **Store 182** | **2853** | **$2,640.00** |
| 3.49. | **PNC, 300 FIFTH AVENUE THE TOWER AT PNC PLAZA PITTSBURGH, PA 15222-2707** | **Store 183** | **5554** | **$4,288.00** |
| 3.50. | **PROSPERITY BANK, 1301 NORTH MECHANIC, EL CAMPO, TX 77437** | **Store 210** | **4861** | **$1,335.00** |
| 3.51. | **HARBOR COMMUNITY, 200 SOUTH INDIAN RIVER DRIVE SUITE 101 FORT PIERCE, FL 34950** | **Store 252** | **4998** | **$2,812.00** |
| 3.52. | **CITY NATIONAL BANK,25 GATEWATER ROAD, PO BOX 7520, CROSS LANES, WV 25356-0520.** | **Store 286** | **4998** | **$2,812.00** |
| 3.53. | **1ST COMMUNITY, PO BOX 984 BLUEFIELD, VA 24605** | **Store 352** | **8725** | **$3,810.00** |
| 3.54. | **PNC, 300 FIFTH AVENUE THE TOWER AT PNC PLAZA PITTSBURGH, PA 15222-2707** | **Store 387** | **0167** | **$3,272.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$221,788.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

7.1. **Utility deposits** **$7,097.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Real Estate deposits** **$7,059.45**

9. **Total of Part 2.** **$14,156.45**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Inventory held in the warehouse located in Hendersonville, North Carolina and in store locations across the country** | | **$2,286,040.00** | **Recent cost** | **$2,286,040.00** |

23. **Total of Part 5.** **$2,286,040.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ■ No
    - ☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Miscellaneous Office Furniture** | **$16,656.00** | **N/A** | **$16,656.00** |
| 40. | **Office fixtures**<br>**Leasehold Improvements** | **$174,627.00** | **N/A** | **$174,627.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer Software** | **$34,450.00** | **N/A** | **$34,450.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$225,733.00**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ■ No
    - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2015 Chevrolet Malibu (3565)** | **$3,047.00** | **Replacement** | **$4,909.00** |
| 47.2. | **2009 Ford F150** | **$0.00** | **Replacement** | **$1,032.00** |
| 47.3. | **2015 Chevrolet Malibu (6608)** | **$3,205.00** | **Replacement** | **$4,909.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Other Miscellaneous Machinery** | **$0.00** | **N/A** | **Unknown** |
| | **Other Miscellaneous Equipment** | **$69,231.00** | **N/A** | **$69,231.00** |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. **$80,081.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **See real estate leaseholds in Schedule G** | **Leasehold** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

56. **Total of Part 9.** **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **VANESSA RED, 86089625** | **Unknown** | | **$0.00** |
| **VANORA SPORT, 86088102** | **Unknown** | | **$0.00** |
| **VANORA BLUE, 86087099** | **Unknown** | | **$0.00** |
| **CANDRA WHITE, 86085986** | **Unknown** | | **$0.00** |
| **JILLIAN BLU, 85561359** | **Unknown** | | **$0.00** |
| **INDIE FLOWER, 85567231** | **Unknown** | | **$0.00** |
| **V A N O R A, 85535964** | **Unknown** | | **$0.00** |
| **M MORGAN CROSSING, 85535637** | **Unknown** | | **$0.00** |
| **BON WORTH, 73564306** | **Unknown** | | **$0.00** |
| **OVERLOOK, 73564274** | **Unknown** | | **$0.00** |
| **THOMPSON ST., 73564273** | **Unknown** | | **$0.00** |
| **BW, 73280724** | **Unknown** | | **$0.00** |

61. **Internet domain names and websites**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **www.bonworth.com** | **$0.00** | | **$0.00** |
| | **$0.00** | | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| **Customer lists** | **Unknown** | | **Unknown** |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| | | | |
|---|---|---|---|
| **Goodwill** | **Unknown** | | **Unknown** |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | |
|---|---|---|
| **Net Operating Losses** | Tax year | **Unknown** |

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| **Alliance, Policy XAU24714966** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

| | Description | Current value |
|---|---|---|
| | **Alliance, Commercial General Liability, Policy No. XAU24714966** | **$0.00** |
| | **Alliance, Automobile Liability, Policy No. MZX80991180** | **$0.00** |
| | **Amtrust Group, workers Compensation, Policy No. XAU24714966** | **$0.00** |
| | **Alliance, Commercial Property, Policy No. XAU24714966** | **$0.00** |
| | **The Hartford, 401(k) Employee Dishonest Bond, Policy No. 22BDDHT0572** | **$0.00** |
| | **Alliance, Umbrealla Liability, Policy No. XAU24714966** | **$0.00** |
| | **Hartford Insurance Group, Employment Practices Liability, Policy No. 22KB0287290** | **$0.00** |
| | **Scottsdale Insurance, Fiduciary Liability, Policy No. EKI3245108** | **$0.00** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Bon Worth, Inc. v. Runway 7 Fashions, Inc., S.D.N.Y. 17-cv-9712** — **$0.00**

| | |
|---|---|
| **Nature of claim** | **offsets and chargebacks against suppliers/vendors** |
| **Amount requested** | **$0.00** |

**Bon Worth, inc v. SML Sport LLC, Christopher Dalpiaz, and Kathy Dalpiaz, S.D.N.Y. 13-cv-6585** — **$0.00**

| | |
|---|---|
| **Nature of claim** | **setoffs and chargebacks** |
| **Amount requested** | **$0.00** |

**Bon Worth, Inc. v. The Elements Global Group, Inc., W.D.N.C. 3:19-cv-00001** — **$0.00**

| | |
|---|---|
| **Nature of claim** | **setbacks and chargeoffs** |
| **Amount requested** | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**GACC d/b/a Shenanigan's v. Bon Worth, Inc., S.D.N.Y. 17-cv-2863** — **$0.00**

| | |
|---|---|
| **Nature of claim** | **counterclaims related to setbacks and chargeoffs** |
| **Amount requested** | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

**Doubletake Fashions v. Bon Worth, Inc., N.Y. Supp. Ct. Case No. 654904/2017** **$0.00**

| | |
|---|---|
| **Nature of claim** | **Counterclaims related to setoffs and chargebacks** |
| **Amount requested** | **$0.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number *(If known)* **19-10317**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$221,788.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$14,156.45** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$2,286,040.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$225,733.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$80,081.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*...........................................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$2,827,798.45** | **+** 91b. **$0.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$2,827,798.45**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Bon Worth, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-10317**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 CROSSROADS FINANCIAL LLC**
Creditor's Name

**6001 BROKEN SOUND PARKWAY**
**SUITE 620**
**BOCA RATON, FL 33487**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

Column A: **$0.00** Column B: **$0.00**

**Describe the lien**
For noticing purposes only

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 Crossroads Funding I, LLC**
Creditor's Name

**6001 Broken Sound Parkway**
**Suite 620**
**Boca Raton, FL 33487**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
All personal property

Column A: **$739,826.26** Column B: **$2,827,798.45**

**Describe the lien**
UCC Financing Statement - First lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if know) **19-10317**
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Merchant Coterie, Inc.**
Creditor's Name

**225 Fifth Avenue D274**
**New York, NY 10001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All personal property**

**$100,000.00** **$2,827,798.45**

**Describe the lien**
**UCC Financing Statement - Second lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$839,826.26**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Hamilton, Stephens, Steele & Martin**<br>**Attn: Glenn Thompson, Melanie Raubach**<br>**525 North Tryon Street**<br>**Suite 1400**<br>**Charlotte, NC 28202** | Line **2.3** | |
| **Steven B. Soll**<br>**Otterbourg P.C.**<br>**230 Park Avenue**<br>**New York, NY 10169-0075** | Line **2.2** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Bon Worth, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-10317**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Priority creditor's name and mailing address<br>**ALABAMA DEPARTMENT OF REVENUE**<br>**50 NORTH RIPLEY STREET**<br>**MONTGOMERY, AL 36104**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **5439**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$15,967.77** | **$15,967.77** |
| 2.2 Priority creditor's name and mailing address<br>**ARIZONA DEPT OF REVENUE**<br>**PO BOX 29010**<br>**Phoenix, AZ 85038**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **824P**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$12,397.74** | **$12,397.74** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com 55400 Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

2.3 Priority creditor's name and mailing address
**ARKANSAS DEP OF REVENUE**
**1816 W 7TH ST.**
**Montgomery, AL 36104**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,312.00** **$1,312.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5439**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4 Priority creditor's name and mailing address
**FLORIDA DEPT OF REVENUE**
**5050 W TENNESSEE ST.**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$44,588.54** **$44,588.54**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9868**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5 Priority creditor's name and mailing address
**GEORGIA DEPT OF REVENUE**
**PO BOX 105408**
**Atlanta, GA 30348**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,033.71** **$11,033.71**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5793**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6 Priority creditor's name and mailing address
**ILLINOIS DEPT OF REVENUE**
**PO BOX 19013**
**Springfield, IL 62794**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,222.46** **$4,222.46**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7891**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

2.7 Priority creditor's name and mailing address
**INDIANA DEPT OF REVENUE**
**100 N SENATE AVE., RM N105**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,246.37** **$5,246.37**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9900**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.8 Priority creditor's name and mailing address
**KENTUCKY DEPT OF REVENUE**
**501 HIGH STREET**
**Frankfort, KY 40601**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,790.54** **$10,790.54**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8391**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.9 Priority creditor's name and mailing address
**MISSISSIPPI DEPT OF REVENUE**
**1935 MCCULLOUGH BLVD**
**Tupelo, MS 38801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,519.07** **$3,519.07**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8077**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.10 Priority creditor's name and mailing address
**MISSOURI DEPT OF REVENUE**
**PO BOX 840**
**Jefferson City, MO 65105**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,504.58** **$24,504.58**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9639**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**NEBRASKA DEPT OF REVENUE**<br>**301 CENTENNIAL MALL S**<br>**Lincoln, NE 68508** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$226.19** | **$226.19** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4980**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**NEVADA DEPT OF REVENUE**<br>**1550 COLLEGE PARKWAY, STE 115**<br>**Carson City, NV 89706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,982.06** | **$4,982.06** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5554**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**NORTH CAROLINA DEP OF REVENUE**<br>**PO BOX 25000**<br>**Raleigh, NC 27640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,810.11** | **$7,810.11** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5837**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**OHIO DEPT OF REVENUE**<br>**30 E BROAD ST., 22ND FLOOR**<br>**Columbus, OH 43215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,530.25** | **$3,530.25** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7959**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

2.15 Priority creditor's name and mailing address
**PENNSYLVANIA DEPT OF REVENUE**
**PO BOX 280904**
**Harrisburg, PA 17128**

As of the petition filing date, the claim is: *Check all that apply.* **$60.67** **$60.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1999**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.16 Priority creditor's name and mailing address
**SOUTH CAROLINA DEPT OF REVENUE**
**PO BOX 2535**
**Columbia, SC 29202**

As of the petition filing date, the claim is: *Check all that apply.* **$4,355.92** **$4,355.92**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2400**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.17 Priority creditor's name and mailing address
**TENNESSEE DEPT OF REVENUE**
**500 DEADERICK ST.**
**Nashville, TN 37242**

As of the petition filing date, the claim is: *Check all that apply.* **$33,185.30** **$33,185.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.18 Priority creditor's name and mailing address
**TEXAS COMP. OF PUBLIC ACCOUNTS**
**111 EAST 17TH STREET**
**Austin, TX 78774**

As of the petition filing date, the claim is: *Check all that apply.* **$19,905.61** **$19,905.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6640**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

2.19 Priority creditor's name and mailing address
**W VIRGINIA DEPT OF REVENUE**
**PO BOX 2745**
**Charleston, WV 25330**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,366.00** **$5,366.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0004**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**2400 RIDGEWOOD LLC**
**5111 S RIDGEWOOD AVE SUITE 201**
**PORT ORANGE, FL 32127**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,370.26**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** **3118**

Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**28321 SOUTH TAMIAMI TRAIL LLC**
**C/O RICHARDSON REAL ESTATE**
**1591 WINCHESTER RD, #107**
**LEXINGTON, KY 40505**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
**4-D PROPERTIES**
**2870 N SWAN**
**SUITE 100**
**TUCSON, AZ 85712**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,069.55**

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** **3018**

Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**9-13 ROUTE 206**
**PO BOX 158**
**NEWTON, NJ 07890**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,875.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** **RENT**

Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**A & S AND SONS HEATING INC**
**2170 LAVELLE RD**
**FLINT, MI 48504**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.6 **Nonpriority creditor's name and mailing address**
**A-LINE FIRE & SAFETY**
**2001 SOUTH ST.**
**Leesburg, FL 34748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.7 **Nonpriority creditor's name and mailing address**
**AA FIRE EXTINGUISHER**
**PO BOX 586**
**FORNEY, TX 75126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$136.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.8 **Nonpriority creditor's name and mailing address**
**AADYA FASHIONS LLC**
**DS-CONCEPT ITF LLC**
**PO BOX 1199**
**NEW YORK, NY 10268**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.9 **Nonpriority creditor's name and mailing address**
**ABC FIRE EQUIPMENT CORP**
**5370 JAEGER ROAD**
**NAPLES, FL 34109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$55.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.10 **Nonpriority creditor's name and mailing address**
**ABTV**
**6100 FAIRVIEW ROAD - SUITE 565**
**CHARLOTTE, NC 28210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,967.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.11 **Nonpriority creditor's name and mailing address**
**ADVANCED DISPOSAL**
**SOLID WASTE SOUTHEAST INC - P5**
**PO BOX 743019**
**ATLANTA, GA 30374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **2561**

**As of the petition filing date, the claim is:** *Check all that apply.* **$617.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.12 **Nonpriority creditor's name and mailing address**
**ADVANCED DISPOSAL**
**SOLID WASTE MIDWEST LLC - F5**
**PO BOX 74008053**
**CHICAGO, IL 60674**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **5634**

**As of the petition filing date, the claim is:** *Check all that apply.* **$137.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

**3.13** **Nonpriority creditor's name and mailing address**
**ADVANTACLEAN OF ELLIS COUNTY**
**PO BOX 36**
**AVALON, TX 76623**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**AIM MEDIA INDIANA**
**AIM MEDIA INDIANA**
**PO BOX 3213**
**MCALLEN, TX 78502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2019

**As of the petition filing date, the claim is:** *Check all that apply.* **$726.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
**AKA MYSTIQUE**
**389 FIFTH AVE #400**
**NEW YORK, NY 10016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**ALEX'S AIR CONDITIONING**
**706 BAYOU RD**
**PO BOX 405**
**LAMARQUE, TX 77568**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$160.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**Aliyah Evans**
**2220 Foxfire Lane**
**Burlington, NC 27217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Allene Miller**
**6891 East St**
**Ocala, FL 34472**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**ALLIANT ENERGY / #206**
**PO BOX 3060**
**CEDAR RAPIDS, IA 52406**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1000

**As of the petition filing date, the claim is:** *Check all that apply.* **$340.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.20 **Nonpriority creditor's name and mailing address**

**Alma Cawthorn**
**PO Box 610**
**Magnolia Springs, AL 36555**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.21 **Nonpriority creditor's name and mailing address**

**Alona Thoresen**
**165 Amberjack Dr**
**Hendersonville, NC 28792**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.22 **Nonpriority creditor's name and mailing address**

**Amanda Thomas**
**488 S Washington**
**Lebanon, MO 65536**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.23 **Nonpriority creditor's name and mailing address**

**AMEREN ILLINOIS #184**
**PO BOX 88034**
**CHICAGO, IL 60680**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6531

**As of the petition filing date, the claim is:** *Check all that apply.* **$817.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.24 **Nonpriority creditor's name and mailing address**

**AMEREN MISSOURI #427**
**PO BOX 88068**
**CHICAGO, IL 60680**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0177

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**

**AMEREN MISSOURI #56**
**PO BOX 88068**
**CHICAGO, IL 60680**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7112

**As of the petition filing date, the claim is:** *Check all that apply.* **$888.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.26 **Nonpriority creditor's name and mailing address**

**AMERICAN CLASSIFIEDS OF OMAHA**
**PO BOX 6569**
**OMAHA, NE 68106**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.27 **Nonpriority creditor's name and mailing address**
**AMERICAN ELECTRIC POWER**
**PO BOX 371496**
**PITTSBURGH, PA 15250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6278

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**AMERICAN ELECTRIC POWER #387**
**PO BOX 371496**
**PITTSBURGH, PA 15250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6278

**As of the petition filing date, the claim is:** *Check all that apply.* **$390.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**AMERICAN ELECTRIC PWER #345**
**PO BOX 371496**
**PITTSBURGH, PA 15250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1976

**As of the petition filing date, the claim is:** *Check all that apply.* **$385.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**AMERICAN FIRE SYSTEMS**
**811-B EYRIE DRIVE**
**OVIEDO, FL 32765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$145.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**AMERICAN HANGER & FIXTURE**
**687 LEHIGH AVENUE**
**UNION CITY, NJ 07083**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,118.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**AMERICAN PRIDE ACCESSORIES INC**
**8 GRANT AVE**
**ALBERTSON, NY 11507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**AMERIGAS**
**PO BOX 371473**
**PITTSBURGH, PA 15250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4818

**As of the petition filing date, the claim is:** *Check all that apply.* **$335.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | **Bon Worth, Inc.** | Case number (if known) | **19-10317** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,649.00** |
|---|---|---|---|

**AMTRUST NORTH AMERICA**
**PO BOX 6939**
**CLEVELAND, OH 44101**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5486**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ANDERSON BAUMAN TOURTELLOT VOS**
**6100 FAIRVIEW ROAD - SUITE 565**
**CHARLOTTE, NC 28210**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ANDREW K. HARZEN**
**HALL BOOTH SMITH PC**
**191 PEACHTREE ST. NE**
**ATLANTA, GA 30303-1775**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ANGELA M. COVINGTON**
**CAREY, OMALLEY, WHITAKERE, MILLER,**
**ROBER**
**712 SOUTH OREGON AVE.**
**TAMPA, FL 33606-2516**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Antonina Reda**
**1414 Matthew Ave**
**Springhill, FL 34609**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**APEXX COLLECTION CORP**
**21 GRAND AVE  SUITE # 214**
**PALISADES PARK, NJ 07650**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,668.45** |
|---|---|---|---|

**APPALACHIAN NETWORK SERVICES**
**38-Q ROSSCRAGGON RD**
**ASHEVILLE, NC 28803**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Name | Case number (if known) **19-10317**

**3.41** **Nonpriority creditor's name and mailing address**
**APS-364545100-316 ELECTRICITY**
**PO BOX 2906**
**PHOENIX, AZ**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5100

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
**APS-5508731000-254**
**PO BOX 2906**
**PHOENIX, AZ 85062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$917.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
**APS-9392220000-243**
**PO BOX 2906**
**PHOENIX, AZ 85062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$764.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
**AQUA PENNSYLVANIA #273**
**PO BOX 1229**
**NEWARK, NJ 07101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6172

**As of the petition filing date, the claim is:** *Check all that apply.* **$67.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
**ARCADIA OUTLET MALL**
**ARCADIA OUTLET MALL**
**PO BOX 767**
**ARCADIA, LA 71001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3018

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,712.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
**ARIZONA DEPARTMENT OF REVENUE**
**P.O. BOX 29079**
**PHOENIX, AZ 85038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
**ASHEVILLE ELEVATOR CO. INC**
**PO BOX 5863**
**ASHEVILLE, NC 28813**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$572.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | **Bon Worth, Inc.** | | Case number (if known) | **19-10317** |
|---|---|---|---|---|
| | Name | | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASHLEY L. ROBINSON**
**TRENAM LAW**
**PO BOX 1102**
**TAMPA, FL 33601-1102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ashley Todd**
**578 Hodge St**
**Madisonville, KY 42431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ASMARA AMERICAS INC**
**214 WEST 39TH STREET**
**SUITE 704**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,161.97 |
|---|---|---|---|

**AT & T CORP**
**PO BOX 5019**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8915**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $537.29 |
|---|---|---|---|

**AT&T CORP APT INTERNET**
**PO BOX 105251**
**ATLANTA, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8735**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.65 |
|---|---|---|---|

**AT&T CORP APT INTERNET**
**PO BOX 105251**
**ATLANTA, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1890**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.51 |
|---|---|---|---|

**AT&T CORP APT INTERNET**
**PO BOX 105251**
**ATLANTA, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **5139**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.55 **Nonpriority creditor's name and mailing address**
**ATMOS ENERGY**
**PO BOX 790311**
**ST LOUIS, MO 63179**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
**AVALARA INC**
**DEPT CH 16781**
**PALATINE, IL 60055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,810.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.57 **Nonpriority creditor's name and mailing address**
**AVISON YOUNG ATLANTA**
**RE: FORT MYERS**
**30 IVAN ALLEN JR BLVD SUITE 900**
**ATLANTA, GA 30308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0554

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,803.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
**BALDWIN COUNTY EMC #54**
**PO BOX 220**
**SUMMERDALE, AL 36580**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$395.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
**Barbara Bachman**
**256 Holder Road NW**
**Baltimore, OH 43105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
**Barbara Graham**
**P.O. Box 161**
**Magnolia Springs, AL 36555**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.61 **Nonpriority creditor's name and mailing address**
**Barbara Malone**
**4957 Pikes Pond Road**
**Lake Park, GA 31636**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.62 **Nonpriority creditor's name and mailing address**
**Barbara Moreland**
**410 Bollinger Road**
**Littlestown, PA 17340**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.63 **Nonpriority creditor's name and mailing address**
**Barbara Norris**
**16380 Co. Rd. 12 S**
**Foley, AL 36535**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.64 **Nonpriority creditor's name and mailing address**
**BARRINGTON SCARVES**
**163 N UNION AVE**
**EAST RUTHERFORD, NJ 07073**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.65 **Nonpriority creditor's name and mailing address**
**BARRY R. KOCH**
**INMAN & STRICKLAND**
**575 LYNNHAVEN PARKWAY, SUITE 200**
**VIRGINA BEACH, VA 23452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.66 **Nonpriority creditor's name and mailing address**
**BASIC SPIRIT**
**PO BOX 108**
**73 WATER ST**
**PUGWASH NOVA SCOTIA, NS B0K 1LO**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,268.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.67 **Nonpriority creditor's name and mailing address**
**BAUER CARPET CLEANING & RESTOR**
**PO BOX 638**
**LIVINGSTON, TX 77351**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$361.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.68 **Nonpriority creditor's name and mailing address**
**BAY SALES COMPANY**
**22 WEST 32ND STREET - 16TH FLOOR**
**NEW YORK, NY 10001**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,490.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.69 | **Becky Greek**<br>**P.O. Box 785**<br>**Lebanon, MO 65536**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.70 | **BEGINNING INDUSTRY CO. LTD**<br>**NO 46-2, SEC 2 CHANG SHAN N ROAD**<br>**TAIPEI, TAIWAN**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$670,287.22** |
| 3.71 | **BELL CAMINO CENTER**<br>**PO BOX 82565**<br>**GOLETA, CA 93118**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,713.14** |
| 3.72 | **BELLAND PLUMBING-HEATING-AC**<br>**110 WRM DRIVE**<br>**PO BOX 268**<br>**WILLIAMSBURG, IA 52361**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$65.00** |
| 3.73 | **BEST WAY DISPOSAL**<br>**PO BOX 421669**<br>**INDIANAPOLIS, IN 46242**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 3266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$57.72** |
| 3.74 | **Betty Monday**<br>**486 Old Gordon Road**<br>**Grandview, TN 37337**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.75 | **BFPE INTERNATIONAL**<br>**PO BOX 791045**<br>**BALTIMORE, MD 21279**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$47.70** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.76 **Nonpriority creditor's name and mailing address**
**Bharath Hebbar**
**198 Brittany Place Dr**
**Apt W**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**BIJOU INTERNATIONAL CORP**
**42 WEST 39TH STREET**
**8TH FLOOR**
**NEW YORK, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Billie Atkins**
**17615 Kickapoo Road**
**Waller, TX 77484**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**BIRCH RUN OUTLETS II LLC**
**PO BOX 776330**
**CHICAGO, IL 60677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT BIRCH RUN

**As of the petition filing date, the claim is:** *Check all that apply.* **$45,063.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**BITS & BYTES**
**1987-B HENDERSONVILLE RD**
**ASHEVILLE, NC 28803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$813.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**BLACK HILLS ENERGY**
**PO BOX 6001**
**RAPID CITY, SD 57709**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6675

**As of the petition filing date, the claim is:** *Check all that apply.* **$30.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**BLUE DIAMOND DISPOSAL INC**
**PO BOX 267**
**SUCCASUNNA, NJ 07876**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8109

**As of the petition filing date, the claim is:** *Check all that apply.* **$162.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.83 **Nonpriority creditor's name and mailing address**
**BLUE EMPIRE LLC**
**LOIS TSUI**
**709 AO SMITH ROAD**
**MEBANE, NC 27302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT BURLINGTON

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,452.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**BOAZ GAS BOARD**
**PO BOX 594**
**BOAZ, AL 35957**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9836

**As of the petition filing date, the claim is:** *Check all that apply.* **$27.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**BON WORTH FRANCIS RD LLC**
**PO BOX 1855**
**FLAT ROCK, NC 28731**
**Date(s) debt was incurred** _
**Last 4 digits of account number** FR ROAD

**As of the petition filing date, the claim is:** *Check all that apply.* **$200,664.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**Bonnie Rahner**
**110 Loggers Run**
**Myrtle Beach, SC 29588**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
**BOYCE INDUSTRIES INC.**
**MISSOURI NEON**
**3160 WEST KEARNEY ST**
**SPRINGFIELD, MO 68503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
**BRANSON COMMERCIAL PROP**
**3032C S FREEMONT AVE - SUITE 100**
**SPRINGFIELD, MO 65804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT BRANSON II

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.89 **Nonpriority creditor's name and mailing address**
**BRAXTON CITIZENS NEWS**
**PO BOX 516**
**SUTTON, WV 26601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.90 **Nonpriority creditor's name and mailing address**

**BRAY'S PEST CONTROL**
**14337 ANNUTALAGA AVE**
**BROOKSVILLE, FL 34601**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$134.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**

**BRAZOS TC PARTNERSHIP A, LP**
**BRAZOS TOWN CNTR 1 DEPT 2449**
**PO BOX 122449**
**DALLAS, TX 75312**

**Date(s) debt was incurred** _

**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,382.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**

**Brenda Baker**
**715 Laurel Place**
**Gatlinburg, TN 37738**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**

**Brenda Bell**
**602 W. A. Street**
**Sulphur Springs, TX 75482**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.94 **Nonpriority creditor's name and mailing address**

**BRUNO TOTAL HOME PERFORMANCE**
**28731 SOUTH CARGO COURT**
**BONITA SPRINGS, FL 34135**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$293.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**

**BULLSEYE TELECOM**
**PO BOX 6558**
**CAROL STREAM, IL 60197**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7899

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,415.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**

**BUTLER COUNTY PUBLISHING**
**PO BOX 7**
**POPLAR BLUFF, MO 63902**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9643

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.97 | **BUYER'S DIRECT INC**<br>**PO BOX 818**<br>**ELM CITY, NC 27822**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.98 | **C. DAVID WILLIAMS, JR.**<br>**NARRON & HOLDFORD, P.A.**<br>**PO BOX 279**<br>**WILSON, NC 27894-0279**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.99 | **C.H. ROBINSON WORLDWIDE**<br>**PO BOX 9121**<br>**MINNEAPOLIS, MN 55480**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$334.14** |
| 3.100 | **CALHOUN OUTLETS LLC**<br>**PO BOX 772850**<br>**CHICAGO, IL 60677**<br>Date(s) debt was incurred _<br>Last 4 digits of account number % RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,514.20** |
| 3.101 | **Candice Karkoska**<br>**415 Branch Street**<br>**Taylor, TX 76574**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.102 | **CAPITOL LIGHT & SUPPLY CO**<br>**PO BOX 418453**<br>**BOSTON, MA 02241**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,455.27** |
| 3.103 | **CARDINAL NATURAL GAS**<br>**PO BOX 94608**<br>**CLEVELAND, OH 44101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 5002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.104 | **CAROL FOR EVA GRAHAM**<br>**255 WEST 36 STREET #702**<br>**NEW YORK, NY 10018**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |
| 3.105 | **Carol Pruden**<br>**1348 NW 46th Place**<br>**Ocala, FL 34475**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |
| 3.106 | **CAROLINA PREMIUM OUTLETS LLC**<br>**PO BOX 822880**<br>**PHILADELPHIA, PA 19182**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$45,748.08** |
| 3.107 | **Carolyn Fritz**<br>**3355 South Cortez Road**<br>**Lot # 5**<br>**Apache Junction, AZ 85119**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |
| 3.108 | **CASS NEW YORK INC**<br>**231 WEST 39TH STREET ROOM 914**<br>**NEW YORK, NY 10018**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |
| 3.109 | **Cassandra Vitella**<br>**320 Chocolate Drop Circle**<br>**Union Mills, NC 28167**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |
| 3.110 | **Catherine Armstrong**<br>**92 Lake Rd NE**<br>**Lancaster, OH 43130**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.111 | **Catherine Martin**<br>**1783 Dog Patch Drive**<br>**Terrell, TX 75161**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.112 | **Catherine Terry**<br>**727 North Chestnut St**<br>**Seymour, IN 47274**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.113 | **CENTRAL HEATING & PLUMBING**<br>**925 MORAVIA STREET**<br>**NEW CASTLE, PA 16101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,104.80** |
| 3.114 | **CERTIFIED CARPET**<br>**PO BOX 1746**<br>**LANCASTER, PA 17608**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$178.01** |
| 3.115 | **Charlotte Chambers**<br>**119 Jefferson Street**<br>**Valley, AL 36854**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.116 | **CHARLOTTE COUNTY UTILITIES**<br>**PO BOX 516000**<br>**PUNTA GORDA, FL 33951**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 5899 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.117 | **Charlotte Radford**<br>**726 Taffy Lane**<br>**Leesburg, FL 34748**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.118 | **CHATEAU INTERNATIONAL INC**<br>**ACCOUNTS PAYABLE/WAREHOUSE**<br>**188 WHITEMAN AVENUE**<br>**EDISON, NJ 08817**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.119 | **Cheryl Baxley**<br>**P.O. Box 10**<br>**Haugen, WI 54841**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.120 | **Cheryl Lopez**<br>**9664 E Escondido Ave C11**<br>**Mesa, AZ 85208**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.121 | **Cheryl Webb**<br>**1155 Church Street**<br>**Bullhead City, AZ 86442**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.122 | **CHINA LINYI GLOBAL TRADE CENTER**<br>**SW CORNER INTNL TRADE CENTER**<br>**SHUANGLING RD HONGDA RD**<br>**SHANGDONG, CH**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.123 | **CHISHOLM TRAIL CENTER**<br>**PO BOX 427**<br>**ELKHART, KS 67950**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 3018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$812.01** |
| 3.124 | **Christian Clouse**<br>**318 Longhorn Valley Drive**<br>**Livingston, TX 77351**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.125 **Nonpriority creditor's name and mailing address**
**Christina Berry Hall**
**27570 Otter Dr**
**Lebanon, MO 65536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.126 **Nonpriority creditor's name and mailing address**
**Christina MacDonald**
**227 Selvey Road**
**FOREST CITY, NC 28043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.127 **Nonpriority creditor's name and mailing address**
**CIGNA -MEDICAL INSURANCE**
**WELLS FARGO - CIGNA HEALTHCARE**
**1700 LINCOLN ST, LOWER LEVEL 3**
**LOCKBOX #59**
**DENVER, CO 80271**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.128 **Nonpriority creditor's name and mailing address**
**CIGNA-LIFE INSURANCE CO**
**PO BOX 8500-110**
**PHILADELPHIA, PA 19178**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **0000**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,941.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.129 **Nonpriority creditor's name and mailing address**
**CINTAS FIRE 636525**
**PO BOX 636525**
**CINCINNATI, OH 45263**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$91.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.130 **Nonpriority creditor's name and mailing address**
**CISCO WEBEX LLC**
**16720 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$104.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.131 **Nonpriority creditor's name and mailing address**
**CITRUS PUBLISHING**
**1624 N MEADOWCREST BLVD**
**CRYSTAL RIVER, FL 34429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **6690**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,515.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.132 | **CITY OF BYRON UTILITIES #94**<br>**401 MAIN ST**<br>**BRYON, GA 31008**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 3264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$69.52** |
| 3.133 | **CITY OF GEORGETOWN**<br>**PO BOX 1430**<br>**GEORGETOWN, TX 78627**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$106.05** |
| 3.134 | **CITY OF HERMITAGE**<br>**PO BOC 6078**<br>**HERMITAGE, PA 16148**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1095 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$142.60** |
| 3.135 | **CITY OF LIMA- UTILITIES**<br>**PO BOX 183199**<br>**COLUMBUS, OH 43218**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2290 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$71.48** |
| 3.136 | **CITY OF OPELIKA #183**<br>**PO BOX 2168**<br>**OPELIKA, AL 36803**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.137 | **CITY OF SEYMOUR SMSU**<br>**301-309 N CHESTNUT ST**<br>**SEYMOUR, IN 47274**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 3201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$26.60** |
| 3.138 | **CITY OF UNION CITY**<br>**WATER &SEWER DEPT**<br>**PO BOX 9**<br>**UNION CITY, TN 38281**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.139 **Nonpriority creditor's name and mailing address**
**CITY OF VIRGINIA BEACH #409**
**MUNICIPAL CENTER DLDG 1**
**2401 COURTHOUSE DRIVE**
**VIRGINIA BEACH, VA 23456**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5335

**As of the petition filing date, the claim is:** *Check all that apply.* **$105.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.140 **Nonpriority creditor's name and mailing address**
**CITY OF YUMA**
**PO BOX 78324**
**PHOENIX, AZ 85062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0002

**As of the petition filing date, the claim is:** *Check all that apply.* **$44.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.141 **Nonpriority creditor's name and mailing address**
**CITY OF ZEPHYRHILLS #300**
**PO BOX 52747**
**PHOENIX, AZ 85072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8604

**As of the petition filing date, the claim is:** *Check all that apply.* **$117.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.142 **Nonpriority creditor's name and mailing address**
**CNHI MIDWEST COLLECTIONS**
**PO BOX 87**
**LOGANSPORT, IN 46947**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1904

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.143 **Nonpriority creditor's name and mailing address**
**COHEN & MIZRAHI, LLP**
**300 CADMAN PLAZA WEST**
**12TH FLOOR**
**BROOKLYN, NY 11201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.144 **Nonpriority creditor's name and mailing address**
**Colleen Hobe**
**701 Cranbrook Dr**
**Arden, NC 28704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.145 **Nonpriority creditor's name and mailing address**
**CONDITIONED AIR**
**3786 MERCANTILE AVE**
**NAPLES, FL 34104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.146 **Nonpriority creditor's name and mailing address**
**CONSERVICE**
**PO BOX 4718**
**LOGAN, UT 84323**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4807

**As of the petition filing date, the claim is:** *Check all that apply.* **$22.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
**Constance Whitlock**
**269 Grant Avenue**
**Lebanon, MO 65536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
**CONSTELLATION #144**
**PO BOX 5472**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6241

**As of the petition filing date, the claim is:** *Check all that apply.* **$82.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
**CONSUMERS ENERGY #89**
**PAYMENT CENTER**
**PO BOX 740309**
**CINCINNATI, OH 45274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1016

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,118.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
**CONTEMPO**
**BY JUSTIN TAYLOR INC**
**13300 S FIGUEROA STREET**
**LOS ANGELES, CA 90061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
**CORPORATE SERVICES CONSULTANTS**
**PO BOX 1048**
**DANDRIDGE, TN 37725**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RASH

**As of the petition filing date, the claim is:** *Check all that apply.* **$330.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
**COUNTY DEVELOPMENT ASSOC**
**33712 WESTCOATS RD UNIT 5**
**PO BOX 212**
**LEWES, DE 19958**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,834.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.153 **Nonpriority creditor's name and mailing address**
**COURION DOORS**
**3044 LAMBDIN AVENUE**
**ST LOIUS, MO 63115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$161.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.154 **Nonpriority creditor's name and mailing address**
**COURTNEY K. DAVY**
**305 BROADWAY**
**SUITE 1400**
**NEW YORK, NY 10007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.155 **Nonpriority creditor's name and mailing address**
**COX SANITATION & RECYCLING**
**PO BOX 208**
**NORTH ENGLISH, IA 52316**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$97.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.156 **Nonpriority creditor's name and mailing address**
**CRAIG REALTY GROUP-ANTHEM LP**
**PO BOX 849871**
**LOS ANGELES, CA 90084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3018

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,507.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.157 **Nonpriority creditor's name and mailing address**
**CRESTON PUBLISHING CO**
**PO BOX 126**
**CRESTON, IA 50801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6942

**As of the petition filing date, the claim is:** *Check all that apply.* **$375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.158 **Nonpriority creditor's name and mailing address**
**Cristy Drake**
**709 Rd 1205**
**Nettleton, MS 38858**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
**CRITES & ASSOCIATES REALTOR**
**BIG CURVE SHOPPING CENTER**
**PO BOX 5681**
**YUMA, AZ 85366**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,287.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.160 **Nonpriority creditor's name and mailing address**
**CROSSROADS FINANCING, LLC**
**6001 BROKEN SOUND PARKWAY NW**
**SUITE 620**
**BOCA RATON, FL 33487**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
**CROSSVILLE OUTLET MALL LLC**
**C/O CALIFORNIA RETAIL PROP.**
**22939 HAWTHORNE BLVD, STE 100**
**TORRANCE, CA 90505**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,010.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
**CURBSIDE MANAGEMENT CORP**
**PO BOX 18722**
**ASHEVILLE, NC 28814**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$96.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
**CUSTOM IMAGES**
**1074 SOUTH BATESVILLE ROAD**
**GREER, SC 29650**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,494.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
**CWPM LLC #160**
**PO BOX 415**
**PLAINVILLE, CT 06062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4200

**As of the petition filing date, the claim is:** *Check all that apply.* **$183.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
**D.E. NC CORP BLDG**
**PO BOX 100256**
**COLUMBIA, SC 29202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2393

**As of the petition filing date, the claim is:** *Check all that apply.* **$374.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**DAILY AMERICAN REPUBLIC**
**PO BOX 7**
**POPLAR BLUFF, MO 63902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$474.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.167 **Nonpriority creditor's name and mailing address**

**Davetta Jolley**
**PO Box 37**
**Heaters, WV 26627**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**

**DAVID A SWENTON**
**SEIFERFLATOW, PLLC**
**2319 CRESENT AVE.**
**CHARLOTTE, NC 28207**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**

**David Herman**
**10349 Nash**
**Chapel Hill, NC 27517**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**

**Dawna Minor**
**P.O. Box 463**
**Coldspring, TX 77331**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**

**DDRM SHOPPES OF GOLDEN ACRES**
**DEPT 109556 21227 31624**
**PO BOX 534455**
**ATLANTA, GA 30353**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1624

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,910.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**

**Deanna Satterfield**
**125 Carruth Road**
**Commerce, GA 30530**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.173 **Nonpriority creditor's name and mailing address**

**Debora Cayson**
**248 Cemetery Lane**
**Blue Springs, MS 38828**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.174 **Nonpriority creditor's name and mailing address**

**Deborah Peterson**
**2538 Ashburn Ln**
**Foley, AL 36535**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.175 **Nonpriority creditor's name and mailing address**

**DELAWARE DEPT. OF LABOR**
**EMPLOYMENT TRAINING TAX FUND**
**PO BOX 41780**
**PHILADELPHIA, PA 19101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$47.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.176 **Nonpriority creditor's name and mailing address**

**DELIGHT ELECTRIC & PLUMBING**
**5515 SHAWNEE TRAIL**
**CHIPPEWA LAKE, OH 44215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$115.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.177 **Nonpriority creditor's name and mailing address**

**DELMARVA POWER**
**PO BOX 13609**
**PHILADELPHIA, PA 19101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8697

**As of the petition filing date, the claim is:** *Check all that apply.* **$421.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.178 **Nonpriority creditor's name and mailing address**

**DELOACHE CORP**
**1231 PLAZA DRIVE**
**BURLINGTON, NC 27215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$91.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.179 **Nonpriority creditor's name and mailing address**

**DELUXE BUSINESS FORMS**
**PO BOX 742572**
**CINCINNATI, OH 45274**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$982.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.180 **Nonpriority creditor's name and mailing address**

**DEPARTMENT OF REVENUE SERVICES**
**450 COLUMBUS BLVD., STE 1**
**HARTFORD, CT 06103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.181 | **DESANTIS PROPERTIES**<br>**TUP-BONWOR/PAT DESANTIS**<br>**PO BOX 1905**<br>**CLOVIS, CA 93613**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **RENT TUPELO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,199.71** |
| 3.182 | **Diana Jones**<br>**354 Westmoreland Court**<br>**Seymour, TN 37865**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.183 | **Diana Lopez Luna**<br>**P.O. Box 663**<br>**Dana, NC 28724**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.184 | **Diane Owen**<br>**14105 W Sky Hawk Dr**<br>**Sun City West, AZ 85375**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.185 | **Dianna Mathis**<br>**225 MLK Jr Dr**<br>**Commerce, GA 30529**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.186 | **DIBOCO FIRE SPRINKLERS INC**<br>**325 JACKSON LOOP RD**<br>**FLAT ROCK, NC 28731**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$600.00** |
| 3.187 | **Dinah Allison**<br>**301 Kings Blvd, Apt 142**<br>**Sun City Center, FL 33573**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.188 **Nonpriority creditor's name and mailing address**
**DIRECT ENERGY**
**PO BOX 660749**
**DALLAS, TX 75266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1355

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.189 **Nonpriority creditor's name and mailing address**
**DIVISION OF REVENUE - DOVER OFFICE**
**540 SOUTH DUPONT HIGHWAY**
**540 SOUTH DUPONT HIGHWAY**
**DOVER, DL 19901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.190 **Nonpriority creditor's name and mailing address**
**DOMINION EAST OHIO #345**
**PO BOX 26785**
**RICHMOND, VA 23261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0755

**As of the petition filing date, the claim is:** *Check all that apply.* **$176.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.191 **Nonpriority creditor's name and mailing address**
**DOMINION ENERGY**
**PO BOX 26783**
**RICHMOND, VA 23261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8065

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.192 **Nonpriority creditor's name and mailing address**
**DOMINION ENERGY NC CORP BLDG**
**PO BOX 100256**
**COLUMBIA, SC 29202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.193 **Nonpriority creditor's name and mailing address**
**DOMINION VIRGINIA POWER**
**PO BOX 26543**
**RICHMOND, VA 23290**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9413

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,089.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.194 **Nonpriority creditor's name and mailing address**
**Donna Abel**
**2701 NE 10th Street**
**Apt 405**
**Ocala, FL 34470**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.195 **Nonpriority creditor's name and mailing address**
**Donna Finn**
**9275 W. Jason Drive**
**Peoria, AZ 85382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.196 **Nonpriority creditor's name and mailing address**
**Donna Hufford**
**23 Michele Lynn Drive**
**Lancaster, PA 17602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.197 **Nonpriority creditor's name and mailing address**
**Donna Kirkland**
**5456 Martin St**
**Graceville, FL 32440**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.198 **Nonpriority creditor's name and mailing address**
**Donna Peretti**
**66 N. Westview Court**
**Melbourne, FL 32934**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.199 **Nonpriority creditor's name and mailing address**
**Donna Spencer**
**755 Crown Pointe Drive**
**Lebanon, IN 46052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.200 **Nonpriority creditor's name and mailing address**
**DOUBLE TAKE FASHIONS**
**1441 BROADWAY 22ND FLOOR**
**NEW YORK, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.201 **Nonpriority creditor's name and mailing address**
**Dreama Wimer**
**3097 Exchange Road**
**Exchange, WV 26619**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.202 **Nonpriority creditor's name and mailing address**
**Drusilla Spaller**
**11104 Taft Dr**
**Port Richey, FL 34668**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.203 **Nonpriority creditor's name and mailing address**
**DTE ENERGY**
**PO BOX 740786**
**CINCINNATI, OH 45274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8744

**As of the petition filing date, the claim is:** *Check all that apply.* **$469.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.204 **Nonpriority creditor's name and mailing address**
**DUKE ENERGY**
**PO BOX 1326**
**CHARLOTTE, NC 28201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7096

**As of the petition filing date, the claim is:** *Check all that apply.* **$636.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.205 **Nonpriority creditor's name and mailing address**
**DUKE ENERGY**
**PO BOX 1326**
**CHARLOTTE, NC 28201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4035

**As of the petition filing date, the claim is:** *Check all that apply.* **$586.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.206 **Nonpriority creditor's name and mailing address**
**DUKE ENERGY**
**PO BOX 1004**
**CHARLOTTE, NC 28201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1108

**As of the petition filing date, the claim is:** *Check all that apply.* **$451.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.207 **Nonpriority creditor's name and mailing address**
**DUKE ENERGY**
**PO BOX 70516**
**CHARLOTTE, NC 28272**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$374.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.208 **Nonpriority creditor's name and mailing address**
**DUKE ENERGY**
**PO BOX 1004**
**CHARLOTTE, NC 28201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5362

**As of the petition filing date, the claim is:** *Check all that apply.* **$232.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.209 **Nonpriority creditor's name and mailing address**
**DUKE ENERGY CORP APT**
**PO BOX 70516**
**CHARLOTTE, NC 28272**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7943

**As of the petition filing date, the claim is:** *Check all that apply.* **$227.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.210 **Nonpriority creditor's name and mailing address**
**DUKE ENERGY CORP APT**
**PO BOX 1003**
**CHARLOTTE, NC 28201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8739

**As of the petition filing date, the claim is:** *Check all that apply.* **$223.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.211 **Nonpriority creditor's name and mailing address**
**E M C**
**4 MAE CT**
**PARK RIDGE, NJ 07656**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.212 **Nonpriority creditor's name and mailing address**
**EC MESA LLC**
**PO BOX 845807**
**LOS ANGELES, CA 90084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,728.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.213 **Nonpriority creditor's name and mailing address**
**ECONOCO CORPORATION**
**PO BOX 100**
**HICKSVILLE, NY 11802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,153.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.214 **Nonpriority creditor's name and mailing address**
**EDINBURGH PREMIUM OUTLETS**
**PO BOX 822925**
**PHILADELPHIA, PA 19182**
**Date(s) debt was incurred** _
**Last 4 digits of account number** E123

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,109.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.215 **Nonpriority creditor's name and mailing address**
**EDINBURGH UTIL, TOWN OF #42**
**MUNICIPAL UTILITIES**
**PO BOX 65**
**EDINBURGH, IN 46124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5008

**As of the petition filing date, the claim is:** *Check all that apply.* **$110.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

**3.216** **Nonpriority creditor's name and mailing address**
**Eduard Kravchenko**
**224 Thompson St**
**#131**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.217** **Nonpriority creditor's name and mailing address**
**EHDEN N.V./dba SABAL PALM PLAZ**
**FRAGA PROPERTIES**
**75 VALENCIA AVE SUITE 1150**
**CORAL GABLES, FL 33134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **3018**

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,968.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.218** **Nonpriority creditor's name and mailing address**
**EHL IMPORTS**
**148 WEST 37TH ST 8TH FLOOR**
**NEW YORK, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **3118**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.219** **Nonpriority creditor's name and mailing address**
**ELECTRICAL SERVICE PROF INC**
**PO BOX 243**
**GROVE CITY, OH 43123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$160.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.220** **Nonpriority creditor's name and mailing address**
**ELEMENTS GLOBAL GROUP LLC**
**527 MEYERSVILLE ROAD**
**GILLETTE, NJ 07933**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.221** **Nonpriority creditor's name and mailing address**
**Elena Abreu**
**2349 Fiveforks Trail**
**The Villages, FL 32162**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.222** **Nonpriority creditor's name and mailing address**
**Elizabeth Gaskey**
**1004 Crestview Drive**
**Kaufman, TX 75142**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.223 **Nonpriority creditor's name and mailing address**
**Elizabeth Hawkins**
**PO Box 116**
**250 Thunder Ridge Dr**
**Sutton, WV 26601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.224 **Nonpriority creditor's name and mailing address**
**ELIZABETHTOWN GAS**
**PO BOX 5412**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8071

**As of the petition filing date, the claim is:** *Check all that apply.* **$725.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.225 **Nonpriority creditor's name and mailing address**
**Elvia Vargas Neri**
**292 Garren Rd**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.226 **Nonpriority creditor's name and mailing address**
**EMPIRE DISTRICT ELECTRIC**
**PO BOX 650689**
**DALLAS, TX 75265**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$841.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.227 **Nonpriority creditor's name and mailing address**
**EMUN INC**
**1892 JEFF RD NW - SUITE A**
**PO BOX 219**
**HARVEST, AL 35749**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
**Estate of Loren B. Wells**
**c/o Robinson, Bradshaw & Hinson, P.A.**
**Attn: Kent McCready**
**101 North Tryon Street, Suite 1900**
**Charlotte, NC 28246**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** For notice only
Is the claim subject to offset? ■ No ☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
**Evelyn Morales Castro**
**7338 Box Elder Drive**
**Port Richey, FL 34668**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.230 | **EXERVE**<br>**2909 LANGFORD ROAD #400B**<br>**NORCROSS, GA 30071**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$648.00** |
| 3.231 | **EXPORT DEVELOPMENT CANADA**<br>**7373 Kirkwood Court #200**<br>**Maple Grove, MN 55369**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 9174 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.232 | **F.S.I MID-STATE DIVISION INC**<br>**121 MIDDLE COLLISON RD**<br>**MT LOOKOUT, WV 26678**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$240.75** |
| 3.233 | **FABTRENDS U.S.A. CORP**<br>**1412 BRAODWAY SUITE 408**<br>**NEW YORK, NY 10018**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.234 | **FACTORY STORES @ BATESVILLE**<br>**C/O SPEED COMMERCIAL REAL ESTATE**<br>**PO BOX 806**<br>**RIDGELAND, MS 39158**<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,669.00** |
| 3.235 | **FACTORY STORES MALL**<br>**SSMD LLC**<br>**PO BOX 2005**<br>**SULPHER SPRINGS, TX 75483**<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,426.30** |
| 3.236 | **FASTENAL COMPANY**<br>**PO BOX 978**<br>**WINONA, MN 55987**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.237 **Nonpriority creditor's name and mailing address**
**FEDEX ** USE THIS ACCT ****
**ROOM 154-0455**
**500 ROSS STREET**
**PITTSBURGH, PA 15262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$377,348.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.238 **Nonpriority creditor's name and mailing address**
**Felicia Loffredo**
**6787 SE 125th St.**
**# 20**
**Belleview, FL 34220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.239 **Nonpriority creditor's name and mailing address**
**FICKLING MANAGEMENT SERVICES**
**PO BOX 310**
**MACON, GA 31202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** YRON

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,378.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.240 **Nonpriority creditor's name and mailing address**
**FIESTA JEWELRY CORP**
**250 ESTEN AVE**
**SUITE A-1**
**PAWTUCKET, RI 02860**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$90,624.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.241 **Nonpriority creditor's name and mailing address**
**FINE LINE IMPORTS USA INC**
**160 TYCOS DRIVE UNIT 206**
**TORONTO, ON M6B 1W8**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$65,889.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.242 **Nonpriority creditor's name and mailing address**
**FIRE GUARD**
**PO BOX 2952**
**TUPEL;O, MS 38803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$53.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.243 **Nonpriority creditor's name and mailing address**
**FIRE PROTECTION SERVICES INC**
**5825 GLENRIDGE DR**
**BUILDING 3 - SUITE 101**
**ATLANTA, GA 30328**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$109.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.244 **Nonpriority creditor's name and mailing address**
**FIREMANS FUND INSURANCE**
**DEPT CH 10284**
**PALATINE, IL 60055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1180
**As of the petition filing date, the claim is:** *Check all that apply.* **$47,791.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.245 **Nonpriority creditor's name and mailing address**
**FIREMASTER DEPT 1019**
**PO BOX 121019**
**DALLAS, TX 75312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$85.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.246 **Nonpriority creditor's name and mailing address**
**FIRST-LINE FIRE EXTINGUISHER**
**1333 N. 8TH STREET**
**PADUCAH, KY 42001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$50.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.247 **Nonpriority creditor's name and mailing address**
**FLATWOODS FACTORY**
**OUTLET STORES INC**
**350 DAYS DRIVE**
**SUTTON, WV 26601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT
**As of the petition filing date, the claim is:** *Check all that apply.* **$7,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.248 **Nonpriority creditor's name and mailing address**
**FLORES & ASSOCIATES**
**PO BOX 31397**
**CHARLOTTE, NC 28231**
**Date(s) debt was incurred** _
**Last 4 digits of account number** MARCH COBRA ADMIM FEE
**As of the petition filing date, the claim is:** *Check all that apply.* **$2.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.249 **Nonpriority creditor's name and mailing address**
**FLORIDA GOVERNMENTAL**
**UTILITY AUTHORITY**
**PO BOX 150700**
**CAPE CORAL, FL 33915**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7087
**As of the petition filing date, the claim is:** *Check all that apply.* **$36.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.250 **Nonpriority creditor's name and mailing address**
**FLORIDA POWER & LIGHT #252**
**GENERAL MAIL FACILITY**
**MIAMI, FL 33188**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3199
**As of the petition filing date, the claim is:** *Check all that apply.* **$341.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.251 | **FLOYD COUNTY WATER DEPT**<br>**PO BOX 1169**<br>**ROME, GA 30162**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$110.80** |
| 3.252 | **FOUNTAIN COURT ACQUISITIONS LP**<br>**ATTN: DAVID SITT**<br>**625 MADISON AVE SUITE 1202**<br>**NEW YORK, NY 10022**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 3018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,033.01** |
| 3.253 | **FPL /#228**<br>**GENERAL MAIL FACILITY**<br>**MIAMI, FL 33188**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 0554 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.254 | **FPL #251**<br>**GENERAL MAIL FACILITY**<br>**MIAMI, FL 33188**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$266.69** |
| 3.255 | **FRAGMENTS HOLDING LLC**<br>**42 W 39TH STREET**<br>**8TH FLOOR**<br>**NEW YORK, NY 10018**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,420.32** |
| 3.256 | **Francisca Rivas**<br>**1268 Hill Top Dr**<br>**San Marcos, TX 78666**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.257 | **FRC GLOBAL GROUP:**<br>**FASHION RETAIL CONCEPTS**<br>**381 FIFTH AVENUE 3RD FLOOR**<br>**NEW YORK, NY 10016**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,692.98** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.258 **Nonpriority creditor's name and mailing address**
**Freida Lackey**
**1407 Blanche Dr**
**Boaz, AL 35957**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.259 **Nonpriority creditor's name and mailing address**
**FREP III-DISSTON PLAZA**
**SEMBLER CO / DISSTON PLAZA**
**PO BOX 41847**
**ST PETERSBURG, FL 33743**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,340.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.260 **Nonpriority creditor's name and mailing address**
**FSH ASSOCIATES LP #164**
**PO BOX 944236**
**CLEVELAND, OH 44194**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.261 **Nonpriority creditor's name and mailing address**
**FT PIERCE UTILITIES #24**
**SEACOAST NATIONAL BANK**
**PO BOX 13929**
**FT PIERCE, FL 34979**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7555

**As of the petition filing date, the claim is:** *Check all that apply.* **$116.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.262 **Nonpriority creditor's name and mailing address**
**Gailya Ruble**
**424 Texas St**
**Sulphur Springs, TX 75482**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.263 **Nonpriority creditor's name and mailing address**
**Gale Woodham**
**1098 Whitaker Road**
**Graceville, FL 32440**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.264 **Nonpriority creditor's name and mailing address**
**Gayla Davenport**
**171 Spring Lake Rd**
**Commerce, GA 30530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.265 **Nonpriority creditor's name and mailing address**
**GENERAL GROWTH PROPERTIES**
**GREENWOOD MALL SDS-12-1361**
**PO BOX 86**
**MINNEAPOLIS, MN 55486**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,259.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.266 **Nonpriority creditor's name and mailing address**
**GEORGETOWN NEWS-GRAPHIC**
**PO BOX 2168**
**GEORGETOWN, KY 40324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2019

**As of the petition filing date, the claim is:** *Check all that apply.* **$900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.267 **Nonpriority creditor's name and mailing address**
**GEORGETOWN VILLAGE SHOPPES**
**C/O RICHARDSON REAL ESTATE**
**1591 WINCHESTER RD, #107**
**LEXINGTON, KY 40505**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT GEORGETOWN

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,986.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.268 **Nonpriority creditor's name and mailing address**
**Georgia Pierce**
**17373 Stanley Ave**
**Port Charlotte, FL 33954**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.269 **Nonpriority creditor's name and mailing address**
**GEORGIA POWER CO #25**
**96 ANNEX**
**ATLANTA, GA 30396**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4007

**As of the petition filing date, the claim is:** *Check all that apply.* **$493.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.270 **Nonpriority creditor's name and mailing address**
**GEORGIA POWER CO #94**
**96 ANNEX**
**ATLANTA, GA 30396**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9009

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.271 **Nonpriority creditor's name and mailing address**
**GERBER TECHNOLOGY INC**
**PO BOX 95060**
**CHICAGO, IL 60694**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,504.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.272 **Nonpriority creditor's name and mailing address**
**GETTYSBURG OUTLET CENTER LP**
**ATTN: DAVID PEARCY**
**10275 W. HIGGINS RD, STE 560**
**ROSEMONT, IL 60018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3018

**As of the petition filing date, the claim is:** *Check all that apply.* **$53,054.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.273 **Nonpriority creditor's name and mailing address**
**GLEN L. WIDOM**
**GLEN L. WIDOM, PA**
**696 N.E. 125TH ST.**
**NORTH MIAMI, FL 33161**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.274 **Nonpriority creditor's name and mailing address**
**Glynne Heidemann Luetge**
**33754 FM1736**
**Hempstead, TX 77445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.275 **Nonpriority creditor's name and mailing address**
**Glynnis Reece**
**PO Box 606**
**Anthony, FL 32617**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.276 **Nonpriority creditor's name and mailing address**
**GOERING HARDWARE**
**PO BOX 170**
**MOUNRIDGE, KS 67107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,452.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.277 **Nonpriority creditor's name and mailing address**
**GOVERNOR'S CROSSING OWNER LLC**
**C/O URBAN RETAIL PROP. LLC**
**PO BOX 784045**
**PHILADELPHIA, PA 19178**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,634.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.278 **Nonpriority creditor's name and mailing address**
**GREATAMERICA FINANCIAL SERV**
**PO BOX 660831**
**DALLAS, TX 75266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,133.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.279 | **GREEN VALLEY / GLENWOOD PSD**<br>**PO BOX 1518**<br>**BLUEFIELD, WV 24701**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 4500 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$43.36** |
| 3.280 | **GROVE CITY FACTORY SHOPS**<br>**PO BOX 776260**<br>**CHICAGO, IL 60677**<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$32,094.87** |
| 3.281 | **GUARANTY PEST CONTROL**<br>**PO BOX 569**<br>**BESSEMER, AL 35021**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 3121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$135.00** |
| 3.282 | **GULF COAST AIR SYSTEMS**<br>**PO BOX 1070**<br>**Valrico, FL 33595**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.283 | **GULFPORT FACTORY SHOPS**<br>**LIMITED PARTNERSHIP**<br>**PO BOX 776257**<br>**CHICAGO, IL 60677**<br>Date(s) debt was incurred _<br>Last 4 digits of account number ONWO | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,747.16** |
| 3.284 | **Haley Shelton**<br>**PO Box 34**<br>**65 Church Street**<br>**Hanson, KY 42413**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.285 | **HAV-A-CUP COFFEE SERVICE**<br>**PO BOX 9002**<br>**ASHEVILLE, NC 28815**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$106.76** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.286 | **HC LAKESHORE LLC<br>C/O BANK OF THE OZARKS<br>8300 DOUGLAS AVE SUITE 810<br>DALLAS, TX 75225**<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $20,068.48 |
| 3.287 | **HDFC BANK LTD<br>SUITE 1707, 17TH FLR<br>TOWER 1 THE KOWLOON<br>JORDAN KOWLOON, HONG KONG**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.288 | **HEND UNITED REFRIGERATION<br>713 S GROVE STREET - SUITE C<br>HENDERSONVILLE, NC 28792**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $7.69 |
| 3.289 | **HENDERSONVILLE LIGHTNING<br>PO BOX 1276<br>HENDERSONVILLE, NC 28793**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 1819 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,060.00 |
| 3.290 | **HENDERSONVILLE WATER&SEWER<br>PO BOX 603068<br>CHARLOTTE, NC 28260**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 8936 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $89.31 |
| 3.291 | **HENRY COUNTY TIMES, THE<br>PO BOX 2407<br>MCDONOUGH, GA 30253**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $350.00 |
| 3.292 | **HESS AIR INC<br>PO BOX 910<br>ALAMO, TX 78516**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $80.34 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.293 | **Holly Hood**<br>**606 East Elm**<br>**West Frankfort, IL 62896**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.294 | **HOME DEPOT CREDIT SERVICES**<br>**DEPT 32-2009598115**<br>**PO BOX 9001030**<br>**LOUISVILLE, KY 40290**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 8115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,586.88** |
| 3.295 | **HOME PARAMOUNT**<br>**PO BOX 727**<br>**FOREST HILL, MD 21050**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$121.28** |
| 3.296 | **Hope Wilson**<br>**13159 Hwy 14**<br>**Omaha, AR 72662**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.297 | **HOPKINS COUNTY FIRE EXTINGUISHER**<br>**PO BOX 467**<br>**SULPHER SPRINGS, TX 75483**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.298 | **HORIZON FREMONT LLC**<br>**33098 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693**<br>Date(s) debt was incurred _<br>Last 4 digits of account number M602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,974.39** |
| 3.299 | **HOWIE'S PLUMBING INC**<br>**139 S PEBBLE BEACH BLVD**<br>**SUN CITY CENTER, FL 33571**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$147.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.300 **Nonpriority creditor's name and mailing address**
**HRSD #409**
**PO BOX 37097**
**BOONE, IA 50037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6918

**As of the petition filing date, the claim is:** *Check all that apply.* **$19.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.301 **Nonpriority creditor's name and mailing address**
**HUGU NGUYEN**
**1406 BURNHAM COURT**
**FORT SMITH, AR 72903**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,560.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.302 **Nonpriority creditor's name and mailing address**
**HYATT AIR YUMA**
**1931 S RAIL AVE**
**YUMA, AZ 85365**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$75.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.303 **Nonpriority creditor's name and mailing address**
**IA PORT CHARLOTTE PEACHLAND**
**33012 COLLECTIONS CENTER DRIVE**
**BLDG #44662**
**CHICAGO, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,628.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.304 **Nonpriority creditor's name and mailing address**
**IERA LIVING DESIGNS LLP**
**SUITE 1707, 17TH FLR**
**TOWER 1 THE KOWLOON**
**JORDAN KOWLOON, HONG KONG**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,064.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.305 **Nonpriority creditor's name and mailing address**
**ILLINI FIRE EQUIPMENT**
**2801 NORTH LINCOLN AVE**
**URBANA, IL 61802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2019

**As of the petition filing date, the claim is:** *Check all that apply.* **$41.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.306 **Nonpriority creditor's name and mailing address**
**IMAGE SOLUTIONS LLC**
**PO BOX 660831**
**DALLAS, TX 75266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,269.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.307 **Nonpriority creditor's name and mailing address**
**INDIANA AMERICAN WATER**
**PO BOX 3027**
**MILWAUKEE, WI 53201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4951
**As of the petition filing date, the claim is:** *Check all that apply.* **$70.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.308 **Nonpriority creditor's name and mailing address**
**INFINITY MESA LLC**
**4000 S POPLAR ST**
**CASPER, WY 82601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT MESA
**As of the petition filing date, the claim is:** *Check all that apply.* **$25,299.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.309 **Nonpriority creditor's name and mailing address**
**INTER-MOUNTAIN**
**PO BOX 1339**
**ELKINS, WV 26241**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.310 **Nonpriority creditor's name and mailing address**
**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**PHILADELPHIA, PA 19101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.311 **Nonpriority creditor's name and mailing address**
**INTERNATIONAL ENVIRONMENTAL MG**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.312 **Nonpriority creditor's name and mailing address**
**INTERSTATE PROPERTIES**
**USA TOWN CENTER, SUITE 200**
**1220 FOX RUN AVE**
**OPELIKA, AL 36801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** % RENT
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.313 **Nonpriority creditor's name and mailing address**
**ISRAM WESTERN WAY LLC**
**% ISRAM REALTY MGMT**
**506 S DIXIE HIGHWAY**
**HALLANDALE BEACH, FL 33009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.314 **Nonpriority creditor's name and mailing address**
**Ivette Zavala**
**316 Stephens Rd**
**Ruskin, FL 33570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.315 **Nonpriority creditor's name and mailing address**
**JACKSON EMC**
**PO BOX 100**
**JEFFERSON, GA 30549**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1200

**As of the petition filing date, the claim is:** *Check all that apply.* **$618.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.316 **Nonpriority creditor's name and mailing address**
**Jacqueline Christian**
**425 Sherman Oaks Rd**
**Bluefield, WV 24701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.317 **Nonpriority creditor's name and mailing address**
**Jacqueline Sherbert**
**26 N Carroll Street**
**Thurmont, MD 21788**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.318 **Nonpriority creditor's name and mailing address**
**Jada Spinks**
**1406 Lower Mill Creek Rd**
**Frametown, WV 26623**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.319 **Nonpriority creditor's name and mailing address**
**JAKE MARSHALL SERVICE INC**
**PO BOX 4324**
**CHATTANOOGA, TN 37405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$552.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.320 **Nonpriority creditor's name and mailing address**
**JAMES & JAMES ENV. MGMT.**
**PO BOX 519**
**MOUNTIAN HOME, NC 28758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,019.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.321 **Nonpriority creditor's name and mailing address**
**Jane Finney**
**10919 W Tropicana Cir**
**Sun City, AZ 85351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.322 **Nonpriority creditor's name and mailing address**
**Janet Cayton**
**204 Sycamore Circle**
**Carrollton, KY 41008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
**Janet Johnson**
**134 Water St**
**Fairfield, PA 17320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.324 **Nonpriority creditor's name and mailing address**
**Janet Johnson**
**7954 CR 130**
**Terrell, TX 75161**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
**Janet Kinsey**
**P.O. Box 863**
**Lake Park, GA 31636**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.326 **Nonpriority creditor's name and mailing address**
**Janet Salazar**
**9828 E Pueblo Ave #42**
**Mesa, AZ 85208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.327 **Nonpriority creditor's name and mailing address**
**Janet Smith**
**6390 NE 2nd St**
**OCALA, FL 34470**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.328 **Nonpriority creditor's name and mailing address**
**Janice Beck**
**10102 W Desert Rock Dr**
**Sun City, AZ 85351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.329 **Nonpriority creditor's name and mailing address**
**Janice Hance**
**102 Bird of Paradise Drive**
**Palm Coast, FL 32137**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.330 **Nonpriority creditor's name and mailing address**
**Janice Perkins**
**24151 Beatrix Blvd**
**Unit 620**
**Port Charlotte, FL 33954**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.331 **Nonpriority creditor's name and mailing address**
**Janice Rogers**
**600 Leah Ave**
**Apt. 1200**
**San Marcos, TX 78666**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.332 **Nonpriority creditor's name and mailing address**
**Jasmine Vougiatzis**
**12512 Fairway Ave**
**Brooksville, FL 34613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
**JBDC - WHITE OAK COMMERCIAL FINANCE**
**PO BOX 100895**
**ATLANTA, GA 30384**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.334 **Nonpriority creditor's name and mailing address**
**JBDC,LLC**
**PO BOX 100895**
**ATLANTA, GA 30384**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount |
|---|---|---|---|
| 3.335 | **JCP&L #187**<br>**PO BOX 3687**<br>**AKRON, OH 44309**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 1133 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$509.33** |
| 3.336 | **JEAN TOUCH**<br>**GRAVESEND STATION**<br>**PO BOX 230665**<br>**BROOKLYN, NY 11223**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.337 | **Jeanetta Mallory**<br>**1732 Main Street**<br>**Bland, VA 24315**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.338 | **JEETISH IMPORTS INC**<br>**1412 BROADWAY - RM1606**<br>**NEW YORK, NY 10018**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.339 | **JEMMA APPAREL**<br>**JEMMA APPAREL**<br>**PO BOX 1036**<br>**CHARLOTTE, NC 28201**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.340 | **Jennifer Canino**<br>**1680 Hendersonville rd**<br>**Apt.h-14**<br>**Asheville, NC 28803**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.341 | **Jennifer Ricketts**<br>**186 Updyke Rd**<br>**Littlestown, PA 17340**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.342 **Nonpriority creditor's name and mailing address**

**Jenny Krumnow**
**215 Aircastle Hill**
**Goodrich, TX 77335**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.343 **Nonpriority creditor's name and mailing address**

**JERSEY CENTRAL POWER & LIGHT**
**PO BOX 3687**
**AKRON, OH 44309**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.344 **Nonpriority creditor's name and mailing address**

**JEWELRY MADE BY ME LLC**
**2840 WEST BAY DR #278**
**BELLEAIR BLUFFS, FL 33770**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,241.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.345 **Nonpriority creditor's name and mailing address**

**Jill Dees**
**505 Liberty Street**
**Ghent, KY 41045**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.346 **Nonpriority creditor's name and mailing address**

**Jillian Vargas**
**7444 E Milagro Avenue**
**Mesa, AZ 85209**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.347 **Nonpriority creditor's name and mailing address**

**JMJ PLUMBING LTD**
**9751 MOOSE RD - SUITE 3**
**MURRELLS INLET, SC 29576**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2019

**As of the petition filing date, the claim is:** *Check all that apply.* **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.348 **Nonpriority creditor's name and mailing address**

**Joan Ward**
**3355 S Cortez Road, Lot #5**
**Apache Junction, AZ 85119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.349 **Nonpriority creditor's name and mailing address**
**Jodi Genagon**
**415 Moss Pond Road**
**Myrtle Beach, NC 29588**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.350 **Nonpriority creditor's name and mailing address**
**JOHNNY ON THE SPOT CLEANING**
**11136 PINE ST**
**LEESBURG, FL 34788**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.351 **Nonpriority creditor's name and mailing address**
**JOHNSON CONTROLS FIRE PROTECT**
**DEPT CH 10320**
**PALATINE, IL 60055**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$104.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.352 **Nonpriority creditor's name and mailing address**
**JOHNSON CONTROLS SECURITY SOLUTIONS**
**TYCO INTEGRATED SECURITY**
**PO BOX 371967**
**PITTSBURGH, PA 15250**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.353 **Nonpriority creditor's name and mailing address**
**Jose Andrade Sanchez**
**599 Pace Road**
**Hendersonville, NC 28792**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.354 **Nonpriority creditor's name and mailing address**
**JOSEPH H. LANGERACK**
**STOLL KEENON OGDEN PLLC**
**ONE MAIN ST., SUITE 201**
**EVANSVILLE, IN 47708-1473**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.355 **Nonpriority creditor's name and mailing address**
**Juana Mendoza Evangelio**
**200 Oak Grove Rd**
**East Flat Rock, NC 28726**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.356 **Nonpriority creditor's name and mailing address**
**Judith Desotell**
**100 Morgan Mill Rd**
**Georgetown, KY 40324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.357 **Nonpriority creditor's name and mailing address**
**Judith Glover**
**132 Winslow Court**
**Melbourne, FL 32934**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.358 **Nonpriority creditor's name and mailing address**
**Judith Hollingsworth**
**1998 Bucks Run Rd**
**Ghent, KY 41045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.359 **Nonpriority creditor's name and mailing address**
**Judy Reef**
**1485 Giesy Road**
**Baltimore, OH 43105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.360 **Nonpriority creditor's name and mailing address**
**Judy Taylor**
**238 Amber Drive**
**Byron, GA 31008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.361 **Nonpriority creditor's name and mailing address**
**Judy Terrell**
**135 Mount Vernon Homes**
**Boaz, AL 35957**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.362 **Nonpriority creditor's name and mailing address**
**Julia Askins**
**562 Van Buren Rd.**
**Branson, MO 65616**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.363 **Nonpriority creditor's name and mailing address**
**June Allan**
**11153 Oyster Bay Circle**
**New Port Richey, FL 34654**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.364 **Nonpriority creditor's name and mailing address**
**JV RESTAURANT LLC**
**ATTN: ESHAGH MALEKAN**
**111 E JERICO TURNPIKE 2ND FL**
**MINEOLA, NY 11501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0918

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,584.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.365 **Nonpriority creditor's name and mailing address**
**JW 09 Irrevocable Trust dated 12/30/09**
**c/o Robinson, Bradshaw & Hinson, P.A.**
**Attn: Kent McCready**
**101 North Tryon Street, Suite 1900**
**Charlotte, NC 28246**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** For notice only
Is the claim subject to offset? ■ No ☐ Yes

3.366 **Nonpriority creditor's name and mailing address**
**K & R ELECTRIC**
**PO BOX 6727**
**BRANSON, MO 65615**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.367 **Nonpriority creditor's name and mailing address**
**KARAT SYSTEMS-BZA CONSULT**
**SUITE 260**
**7405 TRANS CANADA HWY**
**MONTREAL QUEBEC, CN H4T 1 Z2**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$394.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.368 **Nonpriority creditor's name and mailing address**
**Karen Chappell**
**415 Illinois Ave**
**Sikeston, MO 63801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.369 **Nonpriority creditor's name and mailing address**
**Karen Hillborg**
**1204 Village Green Drive**
**Angola, IN 46703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.370 **Nonpriority creditor's name and mailing address**
**Karen Knight**
**26 Winebarger Ln**
**Manitou, KY 42436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.371 **Nonpriority creditor's name and mailing address**
**Karen Osteen**
**E. Dogwood Lane**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.372 **Nonpriority creditor's name and mailing address**
**Katharyn Crawford**
**10681 Gass Street**
**West Frankfort, IL 62896**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.373 **Nonpriority creditor's name and mailing address**
**Kati Sharp**
**20233 Hemlock Road**
**Lebanon, MO 65536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.374 **Nonpriority creditor's name and mailing address**
**KBL GROUP / CRYSTAL KOBE**
**9142 NORWALK BLVD**
**SANTA FE SPRINGS, CA 90670**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.375 **Nonpriority creditor's name and mailing address**
**KBL GROUP INT'L LTD**
**9142 NORWALK BLVD**
**SANTA FE SPRINGS, CA 90670**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.376 **Nonpriority creditor's name and mailing address**
**Keela K. Wells**
**c/o Robinson, Bradshaw & Hinson, P.A.**
**Attn: Kent McCready**
**101 North Tryon Street, Suite 1900**
**Charlotte, NC 28246**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **For notice only**
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.377 **Nonpriority creditor's name and mailing address**
**Kelly Green**
**80 D Cedar Bluffs Drive**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.378 **Nonpriority creditor's name and mailing address**
**Kelly Stout**
**PO Box 161**
**Falls Mills, VA 24613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.379 **Nonpriority creditor's name and mailing address**
**KENCO FIRE EQUIP INC**
**1810 ST LOUIS STREET**
**SPRINGFIELD, MO 65802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$88.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.380 **Nonpriority creditor's name and mailing address**
**Kendra Schmidt**
**424 E 4th Avenue**
**Apt 1**
**Apache Junction, AZ 85119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.381 **Nonpriority creditor's name and mailing address**
**KENNEDY ELECTRIC COMPANY**
**1160 PONCE DE LEON BLVD**
**BROOKSVILLE, FL 34601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$237.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.382 **Nonpriority creditor's name and mailing address**
**KENS HEATING & AIR**
**9362 TS HIGHWAY 154 S**
**SULPHER SPRINGS, TX 75482**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.383 **Nonpriority creditor's name and mailing address**
**KENT AIR CONDITIONING SERV.**
**PO BOX 5685**
**TAMPA, FL 33675**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$471.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.384 **Nonpriority creditor's name and mailing address**
**KENTUCKY DEPARTMENT OF REVENUE**
**501 HIGH ST.**
**FRANKFORT, KY 40601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.385 **Nonpriority creditor's name and mailing address**
**KENTUCKY UTILITIES #81**
**PO BOX 9001954**
**LOUISVILLE, KY 40290**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3109

**As of the petition filing date, the claim is:** *Check all that apply.* **$261.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.386 **Nonpriority creditor's name and mailing address**
**Kerri Wilhoite**
**111 Mountain View Dr**
**Sevierville, TN 37862**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.387 **Nonpriority creditor's name and mailing address**
**KESH REALTY OF CARROLLTON LLC**
**17 MONET COURT**
**SOMERSET, NJ 08873**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,416.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.388 **Nonpriority creditor's name and mailing address**
**Kimberly Langley**
**7444 E Milagro Ave**
**Mesa, AZ 85209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.389 **Nonpriority creditor's name and mailing address**
**Kimberly Stone**
**8233 N W County Road 152**
**Jennings, FL 32053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.390 **Nonpriority creditor's name and mailing address**
**KISTLER O'BRIEN FIRE**
**2210 CITY LINE ROAD**
**BETHLEHEM, PA 18017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$63.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.391 | **KNOXVILLE CENTER**<br>**BOA 0906/BONWO//**<br>**PO BOX 402943**<br>**ATLANTA, GA 30384**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.392 | **KOORSEN FIRE & SECURITY**<br>**2719 N ARLINGTON AVE**<br>**INDIANAPOLIS, IN 46218**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$934.45** |
| 3.393 | **KPC MEDIA GROUP INC**<br>**PO BOX 39**<br>**KENDALLVILLE, IN 46755**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$802.00** |
| 3.394 | **Kristy Nies**<br>**1107 Brookside Drive**<br>**Lebanon, IN 46052**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.395 | **KVS - SKS INDUSTRIES LIMITED**<br>**10 HIGHCREST LANE**<br>**S SAN FRANCISCO, CA 94080**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$401,178.65** |
| 3.396 | **KWKZ C106**<br>**75 ENTERPRISE**<br>**CAPE GIRARDEAU, MO 63703**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| 3.397 | **LA COAST CORP**<br>**10611 CALLE LEE #137**<br>**LOS ALAMITOS, CA 90720**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,042.14** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| 3.398 | **Nonpriority creditor's name and mailing address**<br>**LAKE HAVASU SHOPPING CNTR ASSO**<br>**380 STEVENS AVE. STE 307**<br>**SOLANA BEACH, CA 92075**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,836.28** |
|---|---|---|---|
| 3.399 | **Nonpriority creditor's name and mailing address**<br>**LAKE LIVINGSTON OUTLET MALL**<br>**STANLEY CROWE**<br>**5800 HIGHWAY 190 WEST**<br>**LIVINGSTON, TX 77351**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,000.00** |
| 3.400 | **Nonpriority creditor's name and mailing address**<br>**LAKE PARK PLAZA GA**<br>**9101 ALTA DRIVE SUITE 1801**<br>**LAS VEGAS, NV 89145**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** % RENT | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,676.80** |
| 3.401 | **Nonpriority creditor's name and mailing address**<br>**LAKE VILLAGE STATION LLC**<br>**PO BOX 645414**<br>**PITTSBURGH, PA 15264**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT LEESBURG | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,831.40** |
| 3.402 | **Nonpriority creditor's name and mailing address**<br>**LAKE WASHINGTON STATION LLC**<br>**33340 COLLECTION CENTER DR**<br>**CHICAGO, IL 60693**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** I001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,953.18** |
| 3.403 | **Nonpriority creditor's name and mailing address**<br>**LAMAR COMPANIES**<br>**PO BOX 96030**<br>**BATON ROUGE, LA 70896**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.404 | **Nonpriority creditor's name and mailing address**<br>**LAMARQUE OUTLET DEVELOPMENT**<br>**%SUGAR OAK MGMT. SERVICES**<br>**481 CARLISLE DRIVE**<br>**HERNDOD, VA 20170**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** BONW | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,820.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount |
|---|---|---|---|
| 3.405 | **LANA FASHION WEAR INC**<br>**240 WEST 37TH STREET 4TH FLOOR**<br>**NEW YORK, NY 10018**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$294,269.50** |
| 3.406 | **LANCE R. BROBERG**<br>**TIFFANY & BOSCO PA**<br>**CAMELBACK ESPLANADE II, 7TH FL., 2525 EA**<br>**PHOENIX, AZ 85016**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.407 | **Laura Janosik**<br>**PO Box 1387**<br>**Quinlan, TX 75474**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.408 | **Lauren W. Wells**<br>**c/o Robinson, Bradshaw & Hinson, P.A**<br>**Attn: Kent McCready**<br>**101 North Tryon Street, Suite 1900**<br>**Charlotte, NC 28246**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: For notice only<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.409 | **LAZY B CATTLE VENTURES LTD**<br>**COMMERCIAL PROPERTY MGMT**<br>**3597 KIESSEL ROAD**<br>**THE VILLAGES, FL 32163**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 1718 | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$37,772.12** |
| 3.410 | **LCEC**<br>**PO BOX 31477**<br>**TAMPA, FL 33631**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 8543 | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$244.66** |
| 3.411 | **LEBANON MALL LLC**<br>**ATTN: MICHAEL WEIS**<br>**PO BOX 1600**<br>**LEBANON, MO 65536**<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT LEBANON | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,105.78** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.412 | **LEBANON UTILITIES #107**<br>**PO BOX 479**<br>**LEBANON, IN 46052**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.413 | **Lee Chandler**<br>**1669 Martin Drive**<br>**Union City, TN 38261**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.414 | **LEE COUNTY UTILITIES**<br>**PO BOX 60045**<br>**PRESCOTT, AZ 86304**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 6741 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$19.22** |
| 3.415 | **LEESBURG, CITY OF #76**<br>**PO BOX 491286**<br>**LEESBURG, FL 34749**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 8530 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$572.64** |
| 3.416 | **LEPKO FASHIONS LLC**<br>**331 RUTLEDGE STREET**<br>**SUITE #203**<br>**BROOKLYN, NY 11211**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.417 | **Leslie Adams**<br>**404 N. Horn**<br>**West Frankfort, IL 62896**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.418 | **LIBERTY UTILITY - EMPIRE DIST**<br>**PO BOX 219239**<br>**KANSAS CITY, MO 64121**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 0448 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$398.71** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.419 **Nonpriority creditor's name and mailing address**
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**PO BOX 8500-110**
**PHILADELPHIA, PA 19178**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.420 **Nonpriority creditor's name and mailing address**
**Lila Roland**
**1455 Carter Rd.**
**Po Box 122**
**Graceville, FL 32440**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.421 **Nonpriority creditor's name and mailing address**
**LIMA CENTER LLC**
**LIMA MALL**
**1358 MOMENTUM PLACE**
**CHICAGO, IL 60689**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5832

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,450.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.422 **Nonpriority creditor's name and mailing address**
**Linda Davenport**
**1309 Gateway Drive**
**Apt. #2013**
**Auburn, AL 36830**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.423 **Nonpriority creditor's name and mailing address**
**Linda Doan**
**101 Brahms Court**
**Georgetown, KY 40324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.424 **Nonpriority creditor's name and mailing address**
**Linda Garcia**
**1952 E Maryland Avenue**
**#3**
**Phoenix, AZ 85016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.425 **Nonpriority creditor's name and mailing address**
**Linda Horneman**
**5461 E Arbor Ave**
**Mesa, AZ 85206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Linda Salzman**<br>**803 Golden Lake Loop**<br>**St. Augustine, FL 32084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Linda Stewart**<br>**806 N Hills Drive**<br>**Opelika, AL 36801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Linda Texter**<br>**350 Monroe Street**<br>**Denver, PA 17517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,409.52** |
|---|---|---|---|
| | **LIPMAN & PLESUR LLP**<br>**THE JERICHO ATRIUM**<br>**500 N BROADWAY SUITE 105**<br>**JERICHO, NY 11753** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Lisa Flowers**<br>**P.O. Box 504**<br>**Hollister, MO 65673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **LOCAL TAX SERVICES**<br>**JEANNE BOWSER**<br>**704 PINE STREET**<br>**ALIQUIPPA, PA 15001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$779.06** |
|---|---|---|---|
| | **LONG ISLAND POWER AUTHORITY**<br>**PO BOX 9039**<br>**HISCKVILLE, NY 11802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number 6751 | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.433 **Nonpriority creditor's name and mailing address**
**LORAIN-MEDINA RURAL ELECTRIC CO-OP INC**
**PO BOX 464**
**ATTICA, OH 44807**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2504

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,962.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.434 **Nonpriority creditor's name and mailing address**
**Lorie Jackson**
**207 Northview Street**
**Port Charlotte, FL 33954**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.435 **Nonpriority creditor's name and mailing address**
**Lorraine Hummel**
**237 Planters Creek Road**
**Fletcher, NC 28732**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.436 **Nonpriority creditor's name and mailing address**
**Lorretta Miller**
**87 Oak Crest Drive**
**Crossville, TN 38555**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.437 **Nonpriority creditor's name and mailing address**
**LOUISIANA DEPARTMENT OF REVENUE**
**617 3RD ST.**
**BATON ROUGE, LA 70802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.438 **Nonpriority creditor's name and mailing address**
**LOWNDES COUNTY UTILITIES #25**
**PO BOX 1349**
**VALDOSTA, GA 31601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4001

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.439 **Nonpriority creditor's name and mailing address**
**LUXURIOUS LIFESTYLE(AVERY&ZOE)**
**21 PASTURE LANE**
**ROSLYN, NY 11577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,080.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.440 **Nonpriority creditor's name and mailing address**
**LUXURIOUS LIFESTYLES, LLC**
**21 PASTURE LANE**
**ROSLYN, NY 11577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.441 **Nonpriority creditor's name and mailing address**
**LVP ST AUGUSTINE OUTLETS**
**PO BOX 60785**
**CHARLOTTE, NC 28260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,307.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.442 **Nonpriority creditor's name and mailing address**
**LVS COLLECTIONS INC**
**3111 S VALLEY VIEW BLVD SUITE 102**
**LAS VEGAS, NV 89102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,383.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.443 **Nonpriority creditor's name and mailing address**
**Lynne McPeters**
**5132 Daisy Street**
**Zephyrhills, FL 33541**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.444 **Nonpriority creditor's name and mailing address**
**M & H FIRE EQUIPMENT**
**518 WEST WILLOW ST**
**SCOTTSBURO, AL 35768**
**Date(s) debt was incurred** _
**Last 4 digits of account number** ANNUAL RECERT

**As of the petition filing date, the claim is:** *Check all that apply.* **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.445 **Nonpriority creditor's name and mailing address**
**Maggie Jacobi**
**2198 Monterey Rd**
**Talbott, TN 37877**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.446 **Nonpriority creditor's name and mailing address**
**MAJESTIC PEARL CO**
**8220 AUSTIN AVENUE**
**MORTON GROVE, IL 60053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.447 | **Margaret Gaffney**<br>**7403 Harbor View Drive**<br>**Leesburg, FL 34788**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.448 | **Margie Shaw**<br>**100 Old Mill Road**<br>**Georgetown, KY 40324**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.449 | **Marian Slepski**<br>**10262 W Oak Ridge Dr**<br>**Sun City, AZ 85351**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.450 | **Marsha Gore**<br>**PO Box 5168**<br>**Sevierville, TN 37864**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.451 | **Marsha Reynolds**<br>**2614 Old Spartanburg Road**<br>**East Flat Rock, NC 28726**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.452 | **MARSHALL-DEKALB ELECTRIC COOPERATIVE**<br>**PO BOX 7247-0244**<br>**BOAZ, AL 35957**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 9043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.453 | **Mary Mayne**<br>**2162 Allenridge Drive**<br>**Sevierville, TN 37876**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.454 **Nonpriority creditor's name and mailing address**
**Mary Monteleone**
**4854 Southgate Parkway**
**Myrtle Beach, SC 29579**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.455 **Nonpriority creditor's name and mailing address**
**Mary Sheffield**
**4328 Alpine Lane**
**Liberty, NC 27298**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.456 **Nonpriority creditor's name and mailing address**
**Maryel Kellogg**
**36956 Grace Avenue**
**Zephyrhills, FL 33542**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.457 **Nonpriority creditor's name and mailing address**
**MASSACHUSSETS DEPARTMENT OF REVENUE**
**100 CAMBRIDGE ST.**
**BOSTON, MA 02114**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.458 **Nonpriority creditor's name and mailing address**
**MATHIAS PROPERTIES**
**OZARK FACTORY OUTLET STORES**
**PO BOX 6485**
**SPRINGFIELD, AR 72766**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3018

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,986.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.459 **Nonpriority creditor's name and mailing address**
**MCGLINCHEY STAFFORD**
**DEPT 5200**
**PO BOX 2153**
**BIRMINGHAM, AL 35287**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,168.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.460 **Nonpriority creditor's name and mailing address**
**MCMULLIN, MISTY**
**116 PERRY AVENUE**
**AUBUENDALE, FL 03382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** TORE

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,750.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.461 **Nonpriority creditor's name and mailing address**
**Melissa Coloson**
**1507 Locust Grove Rd**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.462 **Nonpriority creditor's name and mailing address**
**MELTON ELECTRIC INC**
**111 JACOB LANE**
**MYRTLE BEACH, FL 29579**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$441.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.463 **Nonpriority creditor's name and mailing address**
**MERCHANT BUSINESS CREDIT INC**
**DOUBLE TAKE FASHIONS**
**1441 BROADWAY 22ND FLOOR**
**NEW YORK, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.464 **Nonpriority creditor's name and mailing address**
**MERCHANT COTERIE, INC.**
**225 FIFTH AVENUE D274**
**NEW YORK, NY 10001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,869,728.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.465 **Nonpriority creditor's name and mailing address**
**MESA AZ**
**PO BOX 1466**
**Mesa, AZ 85211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.466 **Nonpriority creditor's name and mailing address**
**METRO FIRE EXTINGUISHER CO**
**3120 JEFFERSON AVE**
**TEXARKANA, AR 71854**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.467 **Nonpriority creditor's name and mailing address**
**MF GROVE PARK OWNER LLC**
**C/O FORGE PROPERTY MGMT**
**2501 S MCDILL AVE**
**TAMPA, FL 33629**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **RENT LAKELAND**

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,383.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.468 **Nonpriority creditor's name and mailing address**
**MFC JAMESTOWN**
**JAMESTOWN MALL**
**175 JAMESTOWN MALL**
**FLORISSANT, MO 63034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.469 **Nonpriority creditor's name and mailing address**
**MICHAEL A. CORDIER**
**MURPHY CORDIER PLC**
**2025 NORTH THIRD ST. SUITE 200**
**PHONENIX, AZ 85004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.470 **Nonpriority creditor's name and mailing address**
**MICHAEL J. TOLLES**
**HURCH BLACKWELL LLP**
**190 CARONDELET, SUITE 600**
**ST. LOUIS, MI 63105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.471 **Nonpriority creditor's name and mailing address**
**Michelle Beitia**
**3600 Sunshine Drive**
**#19**
**Kingman, AZ 86409**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.472 **Nonpriority creditor's name and mailing address**
**Michelle Eastwood**
**18 Chestnut Lane**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.473 **Nonpriority creditor's name and mailing address**
**Michelle Machuca**
**229 Bishop Street**
**Livingston, TX 77351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.474 **Nonpriority creditor's name and mailing address**
**Michelle Sparrow**
**131 Freedom Road**
**HENDERSONVILLE, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.475 **Nonpriority creditor's name and mailing address**

**MICHIGAN DEPARTMENT OF TREASURY**
**MICHIGAN DEPARTMENT OF TREASURY**
**LANCING, MI 48909**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.476 **Nonpriority creditor's name and mailing address**

**MID RIVERS MALL**
**CBL #805**
**PO BOX 955607**
**ST LOIUS, MO 36195**

**Date(s) debt was incurred** _

**Last 4 digits of account number** Settlement Balance

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,749.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.477 **Nonpriority creditor's name and mailing address**

**MIDDLE TENNESSEE ELECTRIC**
**MEMBERSHIP CORPORATION**
**PO BOX 330008**
**MURFREESBORO, TN 37133**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8653

**As of the petition filing date, the claim is:** *Check all that apply.* **$447.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.478 **Nonpriority creditor's name and mailing address**

**MILBERG FACTORS INC**
**RUNWAY 7 FASHIONS INC**
**99 PARK AVENUE**
**NEW YORK, NY 10016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.479 **Nonpriority creditor's name and mailing address**

**MILLENNIUM FASHION OF NJ INC**
**1407 BROADWAY - SUITE 1719**
**NEW YORK, NY 10018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.480 **Nonpriority creditor's name and mailing address**

**MILLIE LEWIS**
**1228 S PLEASANTBURG DR**
**GREENVILLE, SC 29605**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.481 **Nonpriority creditor's name and mailing address**

**MILLIORE FASHIONS**
**250 WEST 39TH STREET**
**SUITE 5056**
**NEW YORK, NY 10018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.482 | **MISSISSIPPI DEPARTMENT OF REVENUE**<br>**500 CLINTON CENTER DRIVE**<br>**CLINTON, MS 39056**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.483 | **MISSISSIPPI POWER COMPANY**<br>**PO BOX 245**<br>**BIRMINGHAM, AL 35201**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 5028 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$278.75** |
| 3.484 | **MISSOURI DEPARTMENT OF REVENUE**<br>**HARRY S TRUMAN STATE OFFICE BUILDING**<br>**301 WEST HIGH ST.**<br>**JEFFERSON CITY, MO 65101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.485 | **MON POWER #286**<br>**PO BOX 3615**<br>**AKRON, OH 44309**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 6539 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$247.23** |
| 3.486 | **Monica Herrera**<br>**135 Concepcion Ave**<br>**New Braunfels, TX 78130**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.487 | **Monica Porter**<br>**602 Buffalo Street**<br>**Forney, TX 75126**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.488 | **MOONS CONCEPT INC**<br>**NEW COMMERCIAL CAPITAL INC**<br>**PO BOX 749269**<br>**LOS ANGELES, CA 90074**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.489 **Nonpriority creditor's name and mailing address**
**N.J. DIVISION OF TAXATION**
**BANKRUPTCY SECTION**
**PO BOX 245**
**TRENTON, NJ 08695-0245**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.490 **Nonpriority creditor's name and mailing address**
**NAI HORIZON**
**2944 N 44TH STREET #200**
**PHOENIX, AZ 85018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,745.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.491 **Nonpriority creditor's name and mailing address**
**Nancy Jones**
**2250 Cougar Drive**
**Bldg #3, Apt. #352**
**Laughlin, NV 89029**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.492 **Nonpriority creditor's name and mailing address**
**NAPLES DAILY NEWS**
**PO BOX 1412**
**CHARLOTTE, NC 28201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$637.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.493 **Nonpriority creditor's name and mailing address**
**Natalia McClung**
**887 Scheidel Way**
**St. Augustine, FL 32084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.494 **Nonpriority creditor's name and mailing address**
**NATIONALGRID #160**
**PO BOX 11791**
**NEWARK, NJ 07101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5005

**As of the petition filing date, the claim is:** *Check all that apply.* **$348.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.495 **Nonpriority creditor's name and mailing address**
**NATURALAIR ENERGY SAVING**
**326 COMMERCE COURT**
**WINTER HAVEN, FL 33880**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$187.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.496 | **NC DEPARTMENT OF REVENUE**<br>**PO BOX 1168**<br>**RALEIGH, NC 27602-1168**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.497 | **NCDENR-DIV OF WATER QUALITY**<br>**1617 MAIL SERVICE CENTER**<br>**RALEIGH, NC 27399**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 0531 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$860.00** |
| 3.498 | **NEW BRAUNFELS MARKETPLACE**<br>**177 W MILL STREET**<br>**NEW BRAUNFELS, TX 78130**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT/PYLON SIGN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,504.54** |
| 3.499 | **NEW BRAUNFELS UTILITITES #27**<br>**PO BOX 660**<br>**SAN ANTONIO, TX 78293**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 7452 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$769.99** |
| 3.500 | **NEW YOUR DEPARTMENT OF REVENUE**<br>**1333 2ND AVE.**<br>**NEW HYDE PART, NY 11040**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.501 | **NEWEGG BUSINESS INC**<br>**17560 ROWLAND ST**<br>**CITY OF INDUSTRY, CA 91748**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$182.37** |
| 3.502 | **NEWPORT GROUP**<br>**DEPT LA 24540**<br>**PASADENA, CA 91185**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$850.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.503 **Nonpriority creditor's name and mailing address**
**NEWTON SALES & MARKETING**
**PO BOX 292**
**EUSTIS, FL 32726**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT LAKELAND DUES

**As of the petition filing date, the claim is:** *Check all that apply.* **$282.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.504 **Nonpriority creditor's name and mailing address**
**NICHOLAS BETTINGER**
**MCDONAL SANDERS, PA**
**777 MAIN ST., SUITE 1300**
**FORT WORTH, TX 76102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.505 **Nonpriority creditor's name and mailing address**
**Nick Dmytryszyn**
**159 West Blvd**
**East Rockaway, NY 11518**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$62,500.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.506 **Nonpriority creditor's name and mailing address**
**NINGBO HUAZHONG IMP & EXP CO**
**RM 1103, HUADING BUILDING**
**NO.2368 WEST ZHONGSHAN RD**
**SHANGHAI, CN 00031-5700**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$53,743.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.507 **Nonpriority creditor's name and mailing address**
**NITIN ENTERPRISES INC**
**588 56TH STREET**
**WEST NEW YORK, NJ 07093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.508 **Nonpriority creditor's name and mailing address**
**NOBIA**
**IMPORTATION CASABAWA INC**
**8900 AVENUE DU PARC**
**MONTREAL, QC H2N1Y8**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.509 **Nonpriority creditor's name and mailing address**
**NORTH CAROLINA DEPARTMENT OF REVENUE**
**BANKRUPTCY UNIT**
**PO BOX 1168**
**RALEIGH, NC 27602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.510 **Nonpriority creditor's name and mailing address**
**NORTH CAROLINA DEPT OF LABOR**
**FINANCIAL SERVICES DIVISION**
**1101 MAIL SERVICE CENTER**
**RALEIGH, NC 27699**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.511 **Nonpriority creditor's name and mailing address**
**NORTH GEORGIA EMC #144**
**SEDC**
**PO BOX 530812**
**ATLANTA, GA 30353**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7001

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.512 **Nonpriority creditor's name and mailing address**
**NORTH STRAND MECHANICAL**
**220 INDUSTRIAL WAY**
**MYRTLE BEACH, SC 29579**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.513 **Nonpriority creditor's name and mailing address**
**NORTHERN INDIANA PUBLIC**
**PO BOX 13007**
**MERRILLVILLE, IN 46411**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0013

**As of the petition filing date, the claim is:** *Check all that apply.* **$523.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.514 **Nonpriority creditor's name and mailing address**
**NOTATIONS INC**
**539 JACKSONVILLE ROAD**
**WARMINSTER, PA 18974**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.515 **Nonpriority creditor's name and mailing address**
**NY STYLE**
**NY STYLE**
**PO BOX 1036**
**CHARLOTTE, NC 28201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,280.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.516 **Nonpriority creditor's name and mailing address**
**NYSEG # 156**
**PO BOX 847812**
**BOSTON, MA 02284**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4412

**As of the petition filing date, the claim is:** *Check all that apply.* **$520.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.517 **Nonpriority creditor's name and mailing address**
**NYSIF DISABILITY BENEFITS**
**PO BOX 5239**
**NEW YORK, NY 10008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.518 **Nonpriority creditor's name and mailing address**
**NYSIF-THE STATE INSURANCE FUND**
**PO BOX 5239**
**NEW YORK, NY 10008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3083

**As of the petition filing date, the claim is:** *Check all that apply.* **$82.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.519 **Nonpriority creditor's name and mailing address**
**OBERMANNS PLUMBING & HEATING**
**PO BOX 410**
**969 GREENSFERRY RD**
**JACKSON, MO 63755**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$189.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.520 **Nonpriority creditor's name and mailing address**
**OCALA ELECTRIC UTILITY #221**
**201 SE 3RD STREET**
**OCALA, FL 34471**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4352

**As of the petition filing date, the claim is:** *Check all that apply.* **$576.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.521 **Nonpriority creditor's name and mailing address**
**OFFICE OF THE COUNTY MANAGER**
**HENDERSON COUNTY**
**1 HISTORIC COURTHOUSE SQ.**
**SUITE 2**
**HENDERSONVILLE, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.522 **Nonpriority creditor's name and mailing address**
**OG&E**
**PO BOX 24990**
**OKLAHOMA CITY, OK 73124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7713

**As of the petition filing date, the claim is:** *Check all that apply.* **$101.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.523 **Nonpriority creditor's name and mailing address**
**OHIO BWC**
**PO BOX 89492**
**COLUMBUS, OH 44101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4835

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.524 **Nonpriority creditor's name and mailing address**
**OHIO STATION REALTY LLC**
**C/O NAMDAR REALTY GROUP**
**150 GREAT NECK RD. - SUITE 304**
**GREAT NECK, NY 11021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **2718**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,067.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.525 **Nonpriority creditor's name and mailing address**
**OPELIKA UTILITES**
**PO BOX 2587**
**OPELIKA, AL 36803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.526 **Nonpriority creditor's name and mailing address**
**ORKIN EXTERMINATING /LEXINGTON**
**790 ENTERPRISE DR**
**LEXINGTON, KY 40510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **1835**

**As of the petition filing date, the claim is:** *Check all that apply.* **$353.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.527 **Nonpriority creditor's name and mailing address**
**ORKIN EXTERMINATING/FT WAYNE**
**3835 SUPERIOR RIDGE DR**
**FORT WAYNE, IN 46808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **4755**

**As of the petition filing date, the claim is:** *Check all that apply.* **$368.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.528 **Nonpriority creditor's name and mailing address**
**ORKIN EXTERMINATING/MOBILE**
**1764 W I-65 SERVICE RD S**
**MOBILE, AL 36693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.529 **Nonpriority creditor's name and mailing address**
**ORKIN INC/MOULTRIE**
**701 GA HWY 133 SOUTH**
**MOULTRIE, GA 31788**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.530 **Nonpriority creditor's name and mailing address**
**ORLANDO SENTINEL**
**PO BOX 100608**
**ATLANTA, GA 30384**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **3087**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.531 **Nonpriority creditor's name and mailing address**
**ORLANDO WASTE**
**PO BOX 547874**
**ORLANDO, FL 32854**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2952

**As of the petition filing date, the claim is:** *Check all that apply.* **$107.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.532 **Nonpriority creditor's name and mailing address**
**OSAGE BEACH PREMIUM OUTLETS**
**OSG-BON WO**
**PO BOX 822941**
**PHILADELPHIA, PA 19182**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT OSAGE BEACH

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,069.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.533 **Nonpriority creditor's name and mailing address**
**OZARK ELECTRIC #124**
**PO BOX 22114**
**TULSA, OK 74121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3002

**As of the petition filing date, the claim is:** *Check all that apply.* **$25.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.534 **Nonpriority creditor's name and mailing address**
**PACKAGING CORP OF AMERICA**
**PO BOX 532058**
**ATLANTA, GA 30353**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,208.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.535 **Nonpriority creditor's name and mailing address**
**Pamela Burrell**
**1014 Tilley Dr**
**Carrollton, KY 41008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.536 **Nonpriority creditor's name and mailing address**
**Pamela Holland**
**100 Taupe Ln**
**Reeds Spring, MO 65737**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.537 **Nonpriority creditor's name and mailing address**
**PARAGON DESIGN CORP**
**477 S DEAN STREET**
**ENGLEWOOD, NJ 07631**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **PARAGON DESIGN CORP(CJ DESIGN)**<br>**477 S DEAN STREET**<br>**ENGLEWOOD, NJ 07631** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Pat Eckert**<br>**195 Mary Collier Rd**<br>**Athens, GA 30607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|
| | **PATCHOGUE ADVANCE INC**<br>**PO BOX 780**<br>**PATCHOGUE, NY 11772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Patricia Bruno**<br>**PO Box 31062**<br>**Laughlin, NV 89029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Patricia Hobson**<br>**9657 Scepter Ave**<br>**Brooksville, FL 34613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Patricia Olsen**<br>**121 River Heights Dr**<br>**Cocoa, FL 32955** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,048.40 |
|---|---|---|---|
| | **PATTERSON PROPERTIES INC**<br>**PO BOX 25407**<br>**TEMPE, AZ 85285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number RENT | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.545 **Nonpriority creditor's name and mailing address**
**Paul Vitella**
**320 Chocolate Drop Circle**
**Union Mills, NC 28167**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.546 **Nonpriority creditor's name and mailing address**
**Paula Neal**
**18748 AL Hwy 68**
**Crossville, AL 35962**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.547 **Nonpriority creditor's name and mailing address**
**PAXTON MEDIA GROUP**
**MOUNTIAN PRESS**
**119 RIVERBEND DRIVE**
**SEVIERVILLE, TN 37864**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1937

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.548 **Nonpriority creditor's name and mailing address**
**PAYNE, MONICA**
**1955 S CASINO DR SPACE #215**
**LAUGHLIN, NV 89029**
**Date(s) debt was incurred** _
**Last 4 digits of account number** OYEE

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.549 **Nonpriority creditor's name and mailing address**
**PCM**
**FILE 55327**
**LOS ANGELES, CA 90071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,142.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.550 **Nonpriority creditor's name and mailing address**
**Peggy Brickey**
**337 W Bow St**
**Thorntown, IN 46071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.551 **Nonpriority creditor's name and mailing address**
**Peggy Petty**
**1352 S Miles Ave**
**Union City, TN 38261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.552 | **PEMBROKE SQUARE ASSOCIATES**<br>**4554 VIRGINIA BEACH BLVD**<br>**SUITE 201**<br>**VIRGINIA BEACH, VA 23462**<br>Date(s) debt was incurred _<br>Last 4 digits of account number MONTHLY HVAC MAINT. FEE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,834.69** |
| 3.553 | **PENN POWER**<br>**PO BOX 3687**<br>**AKRON, OH 44309**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 0992 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,117.57** |
| 3.554 | **PENN POWER #273**<br>**PO BOX 3687**<br>**AKRON, OH 44309**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 0017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$769.67** |
| 3.555 | **PIEDMONT NATURAL GAS CO #28**<br>**PO BOX 660920**<br>**DALLAS, TX 75266**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 8001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$47.32** |
| 3.556 | **PIGEON FORGE/UTILITY, CITY OF**<br>**UTILITY DEPT**<br>**PO BOX 1066**<br>**PIGEON FORGE, TN 37868**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$136.75** |
| 3.557 | **PINE GROVE ACQUISITION CO**<br>**380 N OLD WOODWARD AVE STE 120**<br>**BIRMINGHAM, AL 48009**<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,495.00** |
| 3.558 | **PIPER STATION LLC**<br>**754 HWY 431**<br>**BOAZ, AL 35957**<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,725.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.559 **Nonpriority creditor's name and mailing address**
**PITNEY BOWES GLOBAL**
**PO BOX 371887**
**PITTSBURGH, PA 15250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9445

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,882.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.560 **Nonpriority creditor's name and mailing address**
**PLAINVIEW ELECTRIC CO**
**13556 OLD FEDERAL RD**
**CARNESVILLE, GA 30521**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$185.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.561 **Nonpriority creditor's name and mailing address**
**PLP CASA GRANDE LLC**
**PO BOX 6166**
**SCOTTSDALE, AZ 85261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,290.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.562 **Nonpriority creditor's name and mailing address**
**POLK COUNTY FIRE EQUIPMENT**
**2124 HEY 190 WEST**
**LIVINGSTON, TX 77351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$153.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.563 **Nonpriority creditor's name and mailing address**
**PPL ELECTRIC UTILITIES**
**2 NORTH 9TH STREET**
**CPC-GENN1**
**ALLENTOWN, PA 18101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6007

**As of the petition filing date, the claim is:** *Check all that apply.* **$387.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.564 **Nonpriority creditor's name and mailing address**
**PREMIER EXIM**
**325 WEST 38TH ST = ROOM 1205**
**NEW YORK, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,930.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.565 **Nonpriority creditor's name and mailing address**
**PRESTIGE GLOBAL OF NEW YORK**
**102 W 38 STREET 8TH FLOOR**
**NEW YORK, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.566 **Nonpriority creditor's name and mailing address**
**PRICELESS OUTLETS OF LAS VEGAS LAUGHLIN LLC**
**9103 ALTA DRIVE - SUITE 204**
**LAS VEGAS, NV 89145**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3018

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,747.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.567 **Nonpriority creditor's name and mailing address**
**PRIME OUTLETS AT LEBANON LP**
**PO BOX 776263**
**CHICAGO, IL 60677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** ONWO

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,592.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.568 **Nonpriority creditor's name and mailing address**
**Princess Ybarra**
**4023 Hunter Road**
**San Marcos, TX 78666**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.569 **Nonpriority creditor's name and mailing address**
**Priscilla Soto**
**517 Retreat Lane**
**#1D**
**Burlington, NC 27215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.570 **Nonpriority creditor's name and mailing address**
**PRODUCT DEVELOPMENT**
**215 WEST 40TH ST**
**8TH FLOOR**
**NEW YORK, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,638.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.571 **Nonpriority creditor's name and mailing address**
**PROFESSIONAL FIRE**
**PO BOX 50700**
**MYRTLE BEACH, SC 29579**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$59.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.572 **Nonpriority creditor's name and mailing address**
**PROGRESSIVE WASTE SOLUTIONS**
**PO BOX 660389**
**DALLAS, TX 75266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2263

**As of the petition filing date, the claim is:** *Check all that apply.* **$306.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.573 | **PROLINE FASHION INDUSTRY**<br>**147W 35ST R#308**<br>**NEW YORK, NY 10001**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |
| 3.574 | **PROVIDENT LIFE & ACCIDENT**<br>**PO BOX 403748**<br>**ATLANTA, GA 30384**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$624.28** |
| 3.575 | **PUBLIK FIRE & SAFETY**<br>**4021 N 31ST AVE**<br>**PHOENIX, AZ 85017**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$25.00** |
| 3.576 | **PUBLIX SUPER MARKETS INC**<br>**PO BOX 32010**<br>**LAKELAND, FL 33802**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **1518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$266.30** |
| 3.577 | **PUBLIX SUPER MARKETS INC #234**<br>**PO BOX 32010**<br>**LAKELAND, FL 33802**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **1518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$3,005.70** |
| 3.578 | **PURCHASE POWER**<br>**PO BOX 371874**<br>**PITTSBURGH, PA 15250**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **0** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$11,802.93** |
| 3.579 | **PURE COUNTRY KWKZ C106**<br>**75 ENTERPRISE**<br>**CAPE GIRARDEAU, MO 63703**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.580 **Nonpriority creditor's name and mailing address**
**PYE-BARKER FIRE & SAFETY INC**
**703 SUGARLOAF RD**
**HENDERSONVILLE, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3529

**As of the petition filing date, the claim is:** *Check all that apply.* **$52.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.581 **Nonpriority creditor's name and mailing address**
**QUALITY HEATING & AIR**
**320 E. COMMERCIAL ST.**
**Lebanon, MO 65536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.582 **Nonpriority creditor's name and mailing address**
**QUEST ASSOCIATES**
**PO BOX 280933**
**MEMPHIS, TN 38168**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$110.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.583 **Nonpriority creditor's name and mailing address**
**Rayburn, Cooper, & Durham, P.A.**
**Attn: Ross Fulton**
**227 West Trade Street, Suite 1200**
**Charlotte, NC 28202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** For notice only
Is the claim subject to offset? ■ No ☐ Yes

3.584 **Nonpriority creditor's name and mailing address**
**REAL SUB LLC**
**C/O PUBLIX SUPER MARKETS INC**
**PO BOX 32010**
**LAKELAND, FL 33802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1418

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,240.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.585 **Nonpriority creditor's name and mailing address**
**REGENCY COMMERCIAL ASSOC.**
**VILLAGE NORTH CENTER**
**330 CROSS POINTE BLVD**
**EVANSVILLE, IN 47715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,033.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.586 **Nonpriority creditor's name and mailing address**
**REGENCY SEYMOUR LLC.**
**DEPT 78965**
**PO BOX 78000**
**DETRIOT, MI 48278**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1318

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,955.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Amount |
|---|---|---|---|
| 3.587 | **REGENT-SUTTON LLC**<br>**24203 NETWORK PLACE**<br>**CHICAGO, IL 60673**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.588 | **REGIONAL MALLS**<br>**DBA MERCER MALL**<br>**PO BOX 2275**<br>**LEXINGTON, KY 40588**<br>Date(s) debt was incurred _<br>Last 4 digits of account number c502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,337.91** |
| 3.589 | **RELIANT**<br>**PO BOX 650475**<br>**DALLAS, TX 75265**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 2936 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.590 | **RENSHUN ACCESSORIES**<br>**40 WEST 37 PENTHOUSE C**<br>**NEW YORK, NY 10018**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,821.06** |
| 3.591 | **REPUBLIC SERVICES**<br>**PO BOX 9001099**<br>**LOUISVILLE, KY 40290**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 8501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$447.60** |
| 3.592 | **REPUBLIC SERVICES #254**<br>**PO BOX 78829**<br>**PHOENIX, AZ 85062**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$35.00** |
| 3.593 | **REPUBLIC SERVICES #273**<br>**PO BOX 9001099**<br>**LOUISVILLE, KY 40290**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 1758 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$97.91** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.594 | **REPUBLIC SERVICES #395<br>PO BOX 78829<br>PHOENIX, AZ 85062**<br>Date(s) debt was incurred _<br>Last 4 digits of account number INAL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$58.40** |
| 3.595 | **REPUBLIC SERVICES CORP.<br>PO BOX 9001099<br>LOUISVILLE, KY 40290**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 9820 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,181.55** |
| 3.596 | **RETRO APPARESL LIMITED<br>GROUND & LOWER GROUND<br>28 MORTIMER ST<br>LONDON W1W 7RD**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.597 | **RETRO APPARESL LIMITED<br>GROUND & LOWER GROUND<br>28 MORTIMER ST<br>LONDON W1W 7RD**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.598 | **Rhonda Hayden<br>14691 NE 10th Place<br>Silver Springs, FL 34488**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.599 | **RICHARD E. SEGAL<br>RICHARD E. SEGAL & ASSOC. PC<br>6230 ORCHARD LAKE ROAD, SUITE 294<br>WEST BLOOMFIELD, MI 48322**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.600 | **RIO GRANDE VALLEY<br>PREMIUM OUTLETS<br>PO BOX 822324<br>PHILADELPHIA, PA 19182**<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,600.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.601 **Nonpriority creditor's name and mailing address**
**Rita McGill**
**2836 New Center Dr**
**Sevierville, TN 37876**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.602 **Nonpriority creditor's name and mailing address**
**ROBER D. BLOCK**
**250 PARK AVE**
**FLOOR 3**
**NEW YORK, NY 10177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.603 **Nonpriority creditor's name and mailing address**
**ROBERT HALF TECHNOLOGY**
**12400 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6000

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.604 **Nonpriority creditor's name and mailing address**
**Roberta Xavier**
**7565 Heather Walk Dr**
**Weeki Wachee, FL 34613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.605 **Nonpriority creditor's name and mailing address**
**ROCKET SOFTWARE INC**
**PO BOX 842965**
**BOSTON, MA 02284**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,028.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.606 **Nonpriority creditor's name and mailing address**
**ROCKVALE OUTLET CENTER**
**WHARTON REALTY GROUP**
**8 INDUSTRIAL WAY E**
**2ND FLOOR**
**EATONTOWN, NJ 07724**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT LANCASTER

**As of the petition filing date, the claim is:** *Check all that apply.* **$92,869.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.607 **Nonpriority creditor's name and mailing address**
**Rosemarie Iannuzzi**
**100 Woodcrest Circle Apt D**
**Warner Robins, GA 31093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.608 | **RSM MCGLADREY INC**<br>**5155 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$82,210.00** |
| 3.609 | **RUBY RD.**<br>**1333 BROADWAY, 12TH FLR**<br>**NEW YORK, NY 10018**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.610 | **RUETER, MARK**<br>**116 PARKWAY**<br>**SEVIERVILLE, TN 37862**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **INSURANCE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,062.86** |
| 3.611 | **RUNWAY 7 FASHIONS INC.**<br>**RUNWAY 7 FASHIONS INC**<br>**99 PARK AVENUE**<br>**NEW YORK, NY 10016**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.612 | **Ruth Roberts**<br>**217 Cove Creek Dr**<br>**Opelike, AL 36804**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.613 | **RVM LLC**<br>**C/O PROPERTY MANAGERS**<br>**3228 COLLINGSWORTH ST**<br>**FORT WORTH, TX 76107**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **RENT** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,003.00** |
| 3.614 | **SAM'S CLUB DIRECT**<br>**PO BOX 530930**<br>**ATLANTA, GA 30353**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **4024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,810.34** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.615 **Nonpriority creditor's name and mailing address**
**Sandra Davis**
**18205 West Sunnyslope Ln**
**Waddell, AZ 85355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.616 **Nonpriority creditor's name and mailing address**
**Sandra Eveleigh**
**11808 W Donald Drive**
**Sun City, AZ 85373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.617 **Nonpriority creditor's name and mailing address**
**Sandra Taylor**
**37852 S Bonnie Lake Drive**
**Hempstead, TX 77445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.618 **Nonpriority creditor's name and mailing address**
**SANTEE COOPER #145**
**PO BOX 188**
**MONCKS CORNER, SC 29461**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$462.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.619 **Nonpriority creditor's name and mailing address**
**Sarah Glenn**
**3922 West Crosscut**
**Sevierville, TN 37876**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.620 **Nonpriority creditor's name and mailing address**
**Savanna Mobley**
**466 Locust Road**
**Ocala, FL 34472**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.621 **Nonpriority creditor's name and mailing address**
**SCOTT CLINTON PHOTOGRAPHY**
**401 HAWTHORNE LN - SUITE 110-233**
**CHARLOTTE, NC 28204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,538.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.622 **Nonpriority creditor's name and mailing address**
**SECURITIES AND EXCHANGE COMMISSION**
**OFFICE OF REORGANIZATION**
**950 EAST PACES FERRY ROAD, NE**
**SUITE 900**
**ATLANTA, GA 30326-1328**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.623 **Nonpriority creditor's name and mailing address**
**SEMCO ENERGY #442**
**PO BOX 740812**
**CINCINNATI, OH 45274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7505

**As of the petition filing date, the claim is:** *Check all that apply.* **$153.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.624 **Nonpriority creditor's name and mailing address**
**SEMO ELECTRIC COOPERATIVE**
**PO BOX 520**
**SIKESTON, MO 63801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5704

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.625 **Nonpriority creditor's name and mailing address**
**SENIOR LIVING RESOURCE MAG**
**C/O FAIRFAX PUBLISHING CO**
**14 PIDGEON HILL DRIVE - SUITE 330**
**STERLING, VA 20165**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,165.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.626 **Nonpriority creditor's name and mailing address**
**SENSATIONAL COLLECTIONS INC**
**1937 EAST 9TH STREET**
**BROOKLYN, NY 11223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.627 **Nonpriority creditor's name and mailing address**
**SEVIER COUNTY ELECTRIC SYSTEM**
**PO BOX 4870**
**SEVIERVILLE, TN 37864**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4001

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,933.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.628 **Nonpriority creditor's name and mailing address**
**SEVIER COUNTY ELECTRIC SYSTEM**
**PO BOX 4870**
**SEVIERVILLE, TN 37864**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$884.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.629 **Nonpriority creditor's name and mailing address**
**SEVIER COUNTY UTILITIES #152**
**PO BOX 6519**
**SEVIERVILLE, TN 37864**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$39.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.630 **Nonpriority creditor's name and mailing address**
**SEVIER COUNTY UTILITY DISTRICT**
**PO BOX 6519**
**SEVIERVILLE, TN 37864**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$19.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.631 **Nonpriority creditor's name and mailing address**
**Shannon Mann**
**1510 Kanuga Road**
**Apt A**
**Hendersonville, NC 28739**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.632 **Nonpriority creditor's name and mailing address**
**Shannon Sherrill**
**16538 Genesis Road**
**Crossville, TN 38571**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.633 **Nonpriority creditor's name and mailing address**
**Shari Rubinstein**
**1350 Parham Ave SE**
**Palm Bay, FL 32909**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.634 **Nonpriority creditor's name and mailing address**
**Shelba Fields**
**1718 Danbury Drive**
**Sun City Center, FL 33573**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.635 **Nonpriority creditor's name and mailing address**
**Shelby Weddle**
**1709 Kentucky Street**
**Sikeston, MO 63801**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.636 **Nonpriority creditor's name and mailing address**
**Shelia Murray**
**16 Clarendon Dr**
**Lancaster, PA 09596**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.637 **Nonpriority creditor's name and mailing address**
**SHELL SMALL BUSINESS GAS CARDS**
**WEX BANK**
**PO BOX 6293**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7228

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,116.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.638 **Nonpriority creditor's name and mailing address**
**SHENANGO VALLEY REALTY LLC**
**C/O NAMDAR REALTY GROUP**
**150 GREAT NECK RD. - SUITE 304**
**GREAT NECK, NY 11021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,606.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.639 **Nonpriority creditor's name and mailing address**
**SHENANIGANS**
**MILBERG FACTORS INC**
**99 PARK AVENUE**
**NEW YORK, NY 10016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,543.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.640 **Nonpriority creditor's name and mailing address**
**Shirley Simmons**
**2571 D Crockett Rd**
**Rives, TN 38253**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.641 **Nonpriority creditor's name and mailing address**
**SIMON PROPERTIES**
**PO BOX 776329**
**CHICAGO, IL 60677**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,984.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.642 **Nonpriority creditor's name and mailing address**
**SIMONE'S COUNTRY CANDLES LLC**
**15 VILLA RD APT 284**
**GREENVILLE, SC 29615**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Amount |
|---|---|---|---|
| 3.643 | **SIX GUN ASSOCIATES LLC**<br>**SOUTHEAST PROPERTIES**<br>**1645 SE 3RD COURT SUITE 200**<br>**DEERFIELD BEACH, FL 33441**<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,869.69** |
| 3.644 | **SNOOZIES!/ BUYER DIRECT**<br>**PO BOX 818**<br>**ELM CITY, NC 27822**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,057.45** |
| 3.645 | **SOUTH GEORGIA MEDIA GROUP**<br>**PO BOX 968**<br>**VALDOSTA, GA 31603**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 18AD | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$817.00** |
| 3.646 | **SOUTHERN AGRICULTURAL**<br>**PO BOX 60004**<br>**CHARLOTTE, NC 28260**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$255.99** |
| 3.647 | **SOUTHWEST GAS CORPORATION**<br>**PO BOX 98890**<br>**LAS VEGAS, NV 89193**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 6022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.648 | **SOUTHWOOD REALTY**<br>**824 HALFMOON TRAIL**<br>**HENDERSONVILLE, NC 28792**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,664.50** |
| 3.649 | **SPECIALTY ROLL PRODUCTS INC**<br>**PO BOX 5374**<br>**MERIDIAN, MS 39301**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,517.13** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.650 | **SPECTRIO LLC**<br>**PO BOX 890271**<br>**CHARLOTTE, NC 28289**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$579.84** |
| 3.651 | **SPENCER DAILY REPORTER**<br>**PO BOX 197**<br>**SPENCER, IA 51301**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 6357 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.652 | **SPORT ELLE INC**<br>**SPORTE ELLE**<br>**PO BOX 100895**<br>**ATLANTA, GL 30384**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.653 | **SRP / # 237**<br>**PO BOX 80062**<br>**PRESCOTT, AZ 86304**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 0009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$341.37** |
| 3.654 | **ST JUDE CHILDRENS HOSPITAL**<br>**DONATION**<br>**262 DANNY THOMAS PLACE**<br>**MEMPHIS, TN 38105**<br>Date(s) debt was incurred _<br>Last 4 digits of account number BONWORTH GIIVES BACK | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,517.30** |
| 3.655 | **STAPLES BUSINESS ADVANTAGE**<br>**PO BOX 105748**<br>**ATLANTA, GA 30348**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,595.39** |
| 3.656 | **Stephanie Lanter**<br>**340 Rail Street**<br>**Montcalm, WV 24737**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Amount |
|---|---|---|---|
| 3.657 | **STYLE ACCESSORIES INC**<br>3 ACORN STREET<br>PROVIDENCE, RI 02903<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,815.32 |
| 3.658 | **Sue Soland**<br>1120 Sheridan Dr<br>Lancaster, OH 43130<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.659 | **SUN CITY CENTER**<br>1730 RHODE ISLAND AVE NW<br>SUITE 909<br>WASHINGTON, DC 20036<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $148.52 |
| 3.660 | **SUNDOME PLAZA MERCHANT ASSOC.**<br>PO BOX 25407<br>TEMPE, AZ 85285<br>Date(s) debt was incurred _<br>Last 4 digits of account number RENT | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $675.00 |
| 3.661 | **SUNRISE STATION**<br>PO BOX 113<br>MEDFORD, NY 11763<br>Date(s) debt was incurred _<br>Last 4 digits of account number 3018 | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $5,003.97 |
| 3.662 | **SUTTER ROOFING CO OF FLORIDA**<br>8284 VICO COURT<br>SARASOTA, FL 34240<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $315.00 |
| 3.663 | **Suzanne Essay**<br>10924 Heritage dr<br>Port Richey, FL 34668<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.664 **Nonpriority creditor's name and mailing address**
**T EAGLE RIDGE FL LLC**
**ATTN: MAHMOUD AL-HADIDI**
**PO BOX 8130**
**BLOOMFIELD HILLS, MI 48302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,760.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.665 **Nonpriority creditor's name and mailing address**
**T.I.P. RURAL ELECTRIC CO-OP206**
**PO BOX 534**
**BROOKLYN, IA 52211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0060

**As of the petition filing date, the claim is:** *Check all that apply.* **$506.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.666 **Nonpriority creditor's name and mailing address**
**TAKE TWO CLOTHING CO**USE THIS**
**STERLING NATIONAL BANK**
**PO BOX 75359**
**CHICAGO, IL 60675**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,049.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.667 **Nonpriority creditor's name and mailing address**
**TALLAHATCHIE VALLEY ELEC #123**
**PO BOX 513**
**BATESVILLE, MS 38606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5001

**As of the petition filing date, the claim is:** *Check all that apply.* **$214.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.668 **Nonpriority creditor's name and mailing address**
**Tami Bland**
**1898 Bullock Trail**
**Longs, SC 29568**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.669 **Nonpriority creditor's name and mailing address**
**Tammy Coulson**
**132 McLeod Road**
**Lake Park, GA 31636**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.670 **Nonpriority creditor's name and mailing address**
**TAMPA ELECTRIC COMPANY**
**PO BOX 31318**
**TAMPA, FL 33631**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8675

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,296.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.671 | **TANGER PROPERTIES**<br>**TWMB / COROC**<br>**PO BOX 414225**<br>**BOSTON, MA 02241**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT FOLEY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$57,627.57** |
| 3.672 | **TANGER PROPERTIES #145**<br>**TWMB/COROC MYRTLE BEACH**<br>**PO BOX 414225**<br>**BOSTON, MA 02241**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT MYRTLE BEACH | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$42,539.71** |
| 3.673 | **TANGER PROPERTIES #158**<br>**TWMB/COROC BSN BSNAD1**<br>**PO BOX 414225**<br>**BOSTON, MA 02241**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT BRANSON | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$92,175.96** |
| 3.674 | **TANGER PROPERTIES LP #182**<br>**TWMB / COROC TERRELL**<br>**PO BOX 414225**<br>**BOSTON, MA 02241**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT TERRELL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,945.94** |
| 3.675 | **TANGER PROPERTIES LTD #206**<br>**TWMB / COROC ID #000505**<br>**PO BOX 414225**<br>**BOSTON, MA 02241**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** UTIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,193.47** |
| 3.676 | **TANGER PROPERTIES, #126**<br>**TWMB/COROC - CMJ CMJBON**<br>**PO BOX 414225**<br>**BOSTON, MA 02241**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT COMMERCE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$53,934.13** |
| 3.677 | **TANGER PROPERTIES, #127**<br>**TWMB/COROC LOC LOCBW1**<br>**PO BOX 414225**<br>**BOSTON, MA 02241**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** RENT LOCUST GROVE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$49,947.65** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.678 | **TEAM MECHANICAL OF TEXAS**<br>**131 GATTUSO RD**<br>**NEW BRAUNFELS, TX 78132**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 1519 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,565.03** |
| 3.679 | **TEAM VIEWER GMBH**<br>**PO BOX 743135**<br>**ATLANTA, GA 30374**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,718.00** |
| 3.680 | **TEMPLEMAN ELECTRICAL**<br>**205 E COLLEGE STREET**<br>**TERRELL, TX 75160**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$173.20** |
| 3.681 | **Terri Foley**<br>**240 Riverwalk Dr**<br>**Apt 6106**<br>**Sevierville, TN 37862**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.682 | **Terri Lange**<br>**37714 Aaralyn Road**<br>**Zephyrhills, FL 33542**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.683 | **THE CIT GROUP/COMMERCIAL SER**<br>**NY STYLE**<br>**PO BOX 1036**<br>**CHARLOTTE, NC 28201**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.684 | **THE CIT GROUP/COMMERCIAL SERV.**<br>**JEMMA APPAREL**<br>**PO BOX 1036**<br>**CHARLOTTE, NC 28201**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.685 **Nonpriority creditor's name and mailing address**
**THE INTER-MOUNTAIN**
**PO BOX 1339**
**ELKINS, WV 26241**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.686 **Nonpriority creditor's name and mailing address**
**THE PATCHOGUE ADVANCE INC**
**PO BOX 780**
**PATCHOGUE, NY 11772**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.687 **Nonpriority creditor's name and mailing address**
**THE TRIBUNE**
**AIM MEDIA INDIANA**
**PO BOX 3213**
**MCALLEN, TX 78502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.688 **Nonpriority creditor's name and mailing address**
**Theresa Ellsworth**
**225 Enterprise Lane**
**Branson, MO 65616**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.689 **Nonpriority creditor's name and mailing address**
**Theresa Morris**
**4043 Carroll Easter Road**
**Carroll, OH 43112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.690 **Nonpriority creditor's name and mailing address**
**TIDEWATER UTILITIES INC TESI**
**PO BOX 826538**
**PHILADELPHIA, PA 19182**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **0865**

**As of the petition filing date, the claim is:** *Check all that apply.* **$50.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.691 **Nonpriority creditor's name and mailing address**
**Tiffany Talton**
**1022 Willow Street Pike**
**Lancaster, PA 17602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.692 **Nonpriority creditor's name and mailing address**
**Tiffany Turner**
**318 Taylors Chapel**
**Crossville, TN 38572**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.693 **Nonpriority creditor's name and mailing address**
**TIMES-NEWS**
**PO BOX 102542**
**ATLANTA, GA 30368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$791.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.694 **Nonpriority creditor's name and mailing address**
**Timothy Parris**
**88 Francis Road**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.695 **Nonpriority creditor's name and mailing address**
**TOWN OF ARCADIA**
**ARCADIA OUTLET MALL**
**PO BOX 767**
**ARCADIA, LA 71001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.696 **Nonpriority creditor's name and mailing address**
**TOWN OF SMITHFIELD UTIL #23**
**PO BOX 63027**
**CHARLOTTE, NC 28263**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0095

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,395.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.697 **Nonpriority creditor's name and mailing address**
**TREASURE COAST NEWSPAPERS**
**PO BOX 1410**
**CHARLOTTE, NC 28201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.698 **Nonpriority creditor's name and mailing address**
**TRI-LAKES NEWSPAPERS INC**
**DBA BRANSON TRILAKES NEWS**
**PO BOX 1900**
**BRANSON, MO 65615**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.699 **Nonpriority creditor's name and mailing address**
**TRYON NEWSMEDIA**
**16 N TRADE ST**
**TRYON, NC 28782**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3916

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.700 **Nonpriority creditor's name and mailing address**
**TSO VERO BEACH LP**
**C/O THE SIMPSON ORGANIZATION**
**1170 PEACHTREE ST NE STE 2000**
**ATLANTA, GA 30309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,038.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.701 **Nonpriority creditor's name and mailing address**
**TUCSON PREMIUM OUTLETS LLC**
**C/O SIMON PROPERTY GROUP**
**225 W. WASHINGTON ST**
**INDIANAPOLIS, IN 46204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,919.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.702 **Nonpriority creditor's name and mailing address**
**TUSCOLA REALTY LLC**
**C/O NAMCO REALTY LLC**
**PO BOX 368**
**EMERSON, NJ 07630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,828.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.703 **Nonpriority creditor's name and mailing address**
**Twyla Baker**
**257 S. Broad St**
**Bremen, OH 43107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.704 **Nonpriority creditor's name and mailing address**
**TXU ELECTRIC**
**PO BOX 650638**
**DALLAS, TX 75265**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1524

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.705 **Nonpriority creditor's name and mailing address**
**ULINE SHIPPING SUPPLIES**
**PO BOX 88741**
**CHICAGO, IL 60680**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5988

**As of the petition filing date, the claim is:** *Check all that apply.* **$647.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.706 **Nonpriority creditor's name and mailing address**
**UNION CITY DAILY MESSENGER**
**PO BOX 430**
**UNION CITY, TN 38281**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$783.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.707 **Nonpriority creditor's name and mailing address**
**UNION CITY ELECTRIC**
**PO BOX 369**
**UNION CITY, TN 38281**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7974

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.708 **Nonpriority creditor's name and mailing address**
**UNIONCITY REALTY NOMINEE TRUST**
**C/O NORTHWEST TENNESSEE REALTY**
**313 S THIRD**
**UNION CITY, TN 38261**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.709 **Nonpriority creditor's name and mailing address**
**UNISOURCE ENERGY #395**
**PO BOX 80079**
**PRESCOTT, AZ 86304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0466

**As of the petition filing date, the claim is:** *Check all that apply.* **$77.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.710 **Nonpriority creditor's name and mailing address**
**UNITED STATES ATTORNEY'S OFFICE**
**CHARLOTTE OFFICE**
**227 WEST TRADE ST.**
**SUITE 1650**
**CHARLOTTE, NC 28202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.711 **Nonpriority creditor's name and mailing address**
**UNS ELECTRIC INC**
**PO BOX 80079**
**PRESCOTT, AZ 86304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.712 **Nonpriority creditor's name and mailing address**
**UPS 81Y221**
**PO BOX 7247-0244**
**PHILADELPHIA, PA 19170**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Y221

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,681.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.713 **Nonpriority creditor's name and mailing address**
**UPS FREIGHT 07772671 - 2430678**
**PO BOX 650690**
**DALLAS, TX 75265**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6785

**As of the petition filing date, the claim is:** *Check all that apply.* **$75,088.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.714 **Nonpriority creditor's name and mailing address**
**USI INSURANCE SERV. NATIONAL**
**PO BOX 203508**
**DALLAS, TX 75320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4119

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.715 **Nonpriority creditor's name and mailing address**
**USPS-BMEU**
**1800 FOUR SEASONS BLVD F11**
**HENDERSONVILLE, NC 28793**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.716 **Nonpriority creditor's name and mailing address**
**VAN HOOK SERVICE CO INC**
**76 SENECA AVENUE**
**ROCHESTER, NY 14621**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$648.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.717 **Nonpriority creditor's name and mailing address**
**VECTREN #107**
**PO BOX 6248**
**INDIANAPOLIS, IN 46206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8576

**As of the petition filing date, the claim is:** *Check all that apply.* **$18.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.718 **Nonpriority creditor's name and mailing address**
**VECTREN ENERGY DELIVERY**
**PO BOX 6248**
**INDIANAPOLIS, IN 46206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2679

**As of the petition filing date, the claim is:** *Check all that apply.* **$134.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.719 **Nonpriority creditor's name and mailing address**
**VECTREN ENERGY DELIVERY #165**
**PO BOX 6248**
**INDIANAPOLIS, IN 46206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6109

**As of the petition filing date, the claim is:** *Check all that apply.* **$211.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.720 **Nonpriority creditor's name and mailing address**
**VERIZON NORTH #164**
**PO BOX 920041**
**DALLAS, TX 75392**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* **$3,432.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.721 **Nonpriority creditor's name and mailing address**
**VERIZON WIRELESS 9000**
**PO BOX 660108**
**DALLAS, TX 75266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0001

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.722 **Nonpriority creditor's name and mailing address**
**VETTA JEWELRY INC**
**989 6th AVE. 4TH FLR**
**NEW YORK, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.723 **Nonpriority creditor's name and mailing address**
**VF FACTORY OUTLET INC #74**
**739 READING AVENUE, STE 200**
**WEST READING, PA 19611**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3018

As of the petition filing date, the claim is: *Check all that apply.* **$17,223.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.724 **Nonpriority creditor's name and mailing address**
**VF FACTORY OUTLET INC #78**
**739 READING AVENUE, STE 200**
**WEST READING, PA 19611**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8INV

As of the petition filing date, the claim is: *Check all that apply.* **$14,507.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.725 **Nonpriority creditor's name and mailing address**
**VF MALL REALTY MGMT**
**c/o KOHEN RETAIL INVESTMENT LL**
**1010 NORTHERN BLVD., SUITE 212**
**GREAT NECK, NY 11021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT GRACEVILLE

As of the petition filing date, the claim is: *Check all that apply.* **$35,962.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.726 **Nonpriority creditor's name and mailing address**
**Vicki Brandt**
**1161 Richter Street**
**Port Charlotte, FL 33952**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.727 **Nonpriority creditor's name and mailing address**
**Vicki Sellman**
**1255 Lakewood Dr**
**Melbourne, FL 32935**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.728 **Nonpriority creditor's name and mailing address**
**VICTOR VANCE**
**USA TOWN CENTER, SUITE 200**
**1220 FOX RUN AVE**
**OPELIKA, AL 36801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.729 **Nonpriority creditor's name and mailing address**
**VILLAGE CENTER CDD-UTILITY**
**984 OLD MILL RUN**
**THE VILLAGES, FL 32162**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9002
**As of the petition filing date, the claim is:** *Check all that apply.* **$200.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.730 **Nonpriority creditor's name and mailing address**
**Vinay Nambiar**
**531 Ballantyne Common Circle**
**Apt 307**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.731 **Nonpriority creditor's name and mailing address**
**VIRGINIA NATURAL GAS**
**PO BOX 5409**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0598
**As of the petition filing date, the claim is:** *Check all that apply.* **$16.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.732 **Nonpriority creditor's name and mailing address**
**VIRGINIA NATURAL GAS #409**
**PO BOX 5409**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7368
**As of the petition filing date, the claim is:** *Check all that apply.* **$397.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.733 **Nonpriority creditor's name and mailing address**
**Vivian Pitts**
**453 Valley Road**
**Byron, GA 31008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

**3.734 Nonpriority creditor's name and mailing address**
**VOGUE CREATIONS**
**3 ACORN STREET**
**PROVIDENCE, RI 02903**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.735 Nonpriority creditor's name and mailing address**
**VOGUE CREATIONS/STYLE ACCESS.**
**3 ACORN STREET**
**PROVIDENCE, RI 02903**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.736 Nonpriority creditor's name and mailing address**
**VOICE TRIBUNE, THE**
**974 BRECKENRIDGE LANE #170**
**LOUISVILLE, KY 40207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8748

**As of the petition filing date, the claim is:** *Check all that apply.* **$700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.737 Nonpriority creditor's name and mailing address**
**WALLER COUNTY ELECTRIC INC**
**1005 13TH STREET**
**HEMPSTEAD, TX 77445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,945.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.738 Nonpriority creditor's name and mailing address**
**Waltrene Curry**
**825 W. Queen Creek Road,**
**Apt. 1094**
**Chandler, AZ 85248**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.739 Nonpriority creditor's name and mailing address**
**WASTE CONNECTIONS INC**
**PO BOX 742695**
**CINCINNATI, OH 45274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7358

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.740 Nonpriority creditor's name and mailing address**
**WASTE CONNECTIONS OF TN INC**
**KNOXVILLE DISTRICT**
**PO BOX 742695**
**CINCINNATI, OH 45274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

3.741 **Nonpriority creditor's name and mailing address**
**WASTE INDUSTRIES INC. #28**
**PO BOX 791519**
**BALTIMORE, MD 21279**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0
**As of the petition filing date, the claim is:** *Check all that apply.* **$268.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.742 **Nonpriority creditor's name and mailing address**
**WASTE MANAGE of TAMPA #226**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2009
**As of the petition filing date, the claim is:** *Check all that apply.* **$638.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.743 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.744 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT #387**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3008
**As of the petition filing date, the claim is:** *Check all that apply.* **$677.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.745 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT #146**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3001
**As of the petition filing date, the claim is:** *Check all that apply.* **$713.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.746 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT / # 107**
**INDIANAPOLIS HAULING**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$452.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.747 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT / # 228**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2001
**As of the petition filing date, the claim is:** *Check all that apply.* **$130.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

3.748 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT INC /#135**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$68.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.749 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT OF DELAWARE**
**PO BOX 13648**
**PHILADELPHIA, PA 19101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** FEES

**As of the petition filing date, the claim is:** *Check all that apply.* **$587.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.750 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT OF FL #247**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2005

**As of the petition filing date, the claim is:** *Check all that apply.* **$397.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.751 **Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT/251**
**PO BOX 4648**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2006

**As of the petition filing date, the claim is:** *Check all that apply.* **$251.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.752 **Nonpriority creditor's name and mailing address**
**WATERLOO PREMIUM OUTLETS**
**ID: WAT-BONWOR**
**PO BOX 827756**
**PHILADELPHIA, PA 19182**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,285.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.753 **Nonpriority creditor's name and mailing address**
**WEIN-I-4 CLERMONT LANDING LLC**
**PO BOX 924133**
**HOUSTON, TX 77292**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6323

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,236.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.754 **Nonpriority creditor's name and mailing address**
**WEINGARTEN REALTY INVESTORS**
**PO BOX 301074**
**DALLAS, TX 75303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6049

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,481.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**
Name

3.755 **Nonpriority creditor's name and mailing address**
**WELFONT SERVICES LLC**
**MGMT AGENT - 100 OUTLET DR LLC**
**601 N. ASHLEY DR, STE 600**
**TAMPA, FL 33602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,054.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.756 **Nonpriority creditor's name and mailing address**
**WEST FRANKFORT, CITY OF**
**ATTN: CITY CLERK**
**110 N JEFFERSON ST**
**WEST FRANKFORT, IL 62896**
**Date(s) debt was incurred** _
**Last 4 digits of account number** RENT W FRANKFORT

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,666.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.757 **Nonpriority creditor's name and mailing address**
**WEST VALLEY VIEW**
**250 LITCHFIELD ROAD - SUITE 130**
**GOODYEAR, AZ 85338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$901.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.758 **Nonpriority creditor's name and mailing address**
**WESTBROOK**
**1411 S ORANGE BLOSSOM TRAIL**
**ORLANDO, FL 32805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$556.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.759 **Nonpriority creditor's name and mailing address**
**WHITE OAK COMMERCIAL FINANCE**
**SPORTE ELLE**
**PO BOX 100895**
**ATLANTA, GL 30384**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.760 **Nonpriority creditor's name and mailing address**
**William Red**
**1135 N Clear Creek Rd**
**Hendersonville, NC 28792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.761 **Nonpriority creditor's name and mailing address**
**WITHLACOOCHEE RIVER ELEC #213**
**PO BOX 100**
**DADE CITY, FL 33526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0547

**As of the petition filing date, the claim is:** *Check all that apply.* **$365.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

Name

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,055.54** |
|---|---|---|---|
| | **WONA TRADING INC.**<br>**37 W 28TH STREET**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152.66** |
|---|---|---|---|
| | **YOUNGER INC ELECTRIAL SERVICES**<br>**1233 CRUMBAUGH RD**<br>**GEORGETOWN, KY 40324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 2019 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|
| | **YUMA FIRE EXTINGUISHER CO**<br>**PO BOX 4266**<br>**YUMA, AZ 85366** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,464.04** |
|---|---|---|---|
| | **ZEPHYRHILLS MERCHANT SQ LLC**<br>**800 HIGHLAND AVE. SUITE 200**<br>**ORLANDO, FL 32803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** RENT | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|
| | **ZEPHYRHILLS NEWS/ EAST**<br>**38333 FIFTH AVENUE**<br>**ZEPHYRHILLS, FL 33542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AHMED A. MOSSOUD**<br>**MADDOUD & PASHOFF, LLP**<br>**1700 BROADWAY**<br>**NEW YORK, NY 10019** | Line **3.611**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CROSSROADS FINANCING, LLC**<br>**Steven B. Soll, Esq.**<br>**Otterbourg P.C.**<br>**230 Park Avenue**<br>**New York, NY 10169-0075** | Line **3.160**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bon Worth, Inc.** Case number (if known) **19-10317**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **CROSSROADS FINANCING, LLC**<br>**Chad B. Simon, Esq.**<br>**Otterbourg P.C.**<br>**230 Park Avenue**<br>**New York, NY 10169-0075** | Line **3.160**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **GERALD H GROON, JR.**<br>**PO BOX 176010**<br>**RALEIGH, NC 27619** | Line **3.405**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **GREAT AMERICAN FINANCIAL SERVICES CORP**<br>**625 FIRST ST**<br>**Cedar Rapids, IA 52401-2030** | Line **3.278**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **IMAGE SOLUTIONS LLC**<br>**PO BOX 609**<br>**Cedar Rapids, IA 52406** | Line **3.306**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Jared Louson, Esq.**<br>**Harlan M. Lazarus, Esq.**<br>**240 Madison Ave., 8th Fl**<br>**New York, NY 10016** | Line **3.200**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **MERCHANT COTERIE**<br>**244 FIFTH AVENUE**<br>**SUITE D274**<br>**New York, NY 10001** | Line **3.464**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **MERCHANT COTERIE, INC.**<br>**Care of Glenn Thompson, Esq.**<br>**Hamilton Stephens Steele & Martin, PLLC**<br>**525 N. Tryon St., Ste 1400**<br>**Charlotte, NC 28202-0215** | Line **3.464**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **MERCHANT COTERIE, INC.**<br>**Care of Melanie Raubach, Esq.**<br>**Hamilton Stephens Steele & Martin, PLLC**<br>**525 N. Tryon Street, Ste 1400**<br>**Charlotte, NC 28202-0215** | Line **3.464**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **213,004.89** |
| **5b. Total claims from Part 2** | 5b. | + | $ **7,661,769.83** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **7,874,774.72** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Bon Worth, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-10317**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **2400 SOUTH RIDGEWOOD AVE UNIT 33 SOUTH DAYTONA, FL** | **2400 RIDGEWOOD LLC<br>5111 S RIDGEWOOD AVE SUITE 201<br>PORT ORANGE, FL 32127** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **FACTORY STORES OF AMERICA 401 OUTLET CENTER DRIVE, STE 320 GEORGETOWN, KY** | **28321 SOUTH TAMIAMI TRAIL LLC<br>C/O RICHARDSON REAL ESTATE<br>1591 WINCHESTER RD, #107<br>LEXINGTON, KY 40505** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **10659 NW GRAND AVENUE SUITE 844 SUN CITY, AZ** | **4-D PROPERTIES<br>2870 N SWAN<br>SUITE 100<br>TUCSON, AZ 85712** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **13 HAMPTON HOUSE RD ROUTE 206 NEWTON, NJ** | **9-13 ROUTE 206<br>PO BOX 158<br>NEWTON, NJ 07890** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2819 W. EXPRESSWAY 83 SUITE 300 HARLINGTON, TX** | **AMS HARLINGEN I, LP<br>8240 PRESTON RD.<br>STE 300<br>PLANO, TX 75024** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2819 HARLINGTON CORNERS SUITE 300 HARLINGEN, TX** | **ARC HCHARTTX001 LLC<br>PO BOX 844896<br>DALLAS, TX 75284** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | **AT&T<br>PO BOX 5019<br>CAROL STREAM, IL 60197-5019** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **20350 SUMMERLIN RE SUITE 3125 SANIBEL, FL** | **AVISON YOUNG ATLANTA<br>RE: FORT MYERS<br>30 IVAN ALLEN JR BLVD SUITE 900<br>ATLANTA, GA 30308** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **BELL CAMINO 10736 W. BELL ROAD SUN CITY, AZ** | **BELL CAMINO CENTER<br>PO BOX 82565<br>GOLETA, CA 93118** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **8925 MARKET PLACE DR SUITE F504 BIRCH RUN, MI** | **BIRCH RUN OUTLETS II LLC<br>PO BOX 776330<br>CHICAGO, IL 60677** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **BURLINGTON MALL OUTLET CENTER 2381 CORPORATION PARKWAY BURLINGTON, NC** | **BLUE EMPIRE LLC<br>LOIS TSUI<br>709 AO SMITH ROAD<br>MEBANE, NC 27302** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **BON WORTH 40 FRANCIS ROAD HENDERSONVILLE, NC** | **BON WORTH FRANCIS RD LLC<br>PO BOX 1855<br>FLAT ROCK, NC 28731** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **SHOPPES AT BRANSON MEADOWS 4338 GRETNA ROAD BRANSON, MO** | **BRANSON COMMERCIAL PROP<br>3032C S FREEMONT AVE - SUITE 100<br>SPRINGFIELD, MO 65804** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **455 BELWOOD RD SE SUITE 15 CALHOUN, GA** | **CALHOUN OUTLETS LLC<br>PO BOX 772850<br>CHICAGO, IL 60677** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **1025 OUTLET CENTER DRIVE STE 340 SMITHFIELD, NC** | **CAROLINA PREMIUM OUTLETS LLC<br>PO BOX 822880<br>PHILADELPHIA, PA 19182** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **601 SE 36TH STREET SUITE 104 NEWTON, KS** | **CHISHOLM TRAIL CENTER<br>PO BOX 427<br>ELKHART, KS 67950** |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **19324 LIGHTHOUSE PLAZA BLVD UNIT 1 REHOBOTH BEACH, DE** | **COUNTY DEVELOPMENT ASSOC<br>33712 WESTCOATS RD UNIT 5<br>PO BOX 212<br>LEWES, DE 19958** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **4250 WEST AMTHEM WAY SUITE 440 PHOENIX, AZ** | **CRAIG REALTY GROUP-ANTHEM LP<br>PO BOX 849871<br>LOS ANGELES, CA 90084** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **280 W 32ND STREET SUITE 280 YUMA, AZ** | **CRITES & ASSOCIATES REALTOR<br>BIG CURVE SHOPPING CENTER<br>PO BOX 5681<br>YUMA, AZ 85366** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CROSSVILLE OUTLET CENTER 228 INTERSTATE DR., STE 115 CROSSVILLE, TN** | **CROSSVILLE OUTLET MALL LLC<br>C/O CALIFORNIA RETAIL PROP.<br>22939 HAWTHORNE BLVD, STE 100<br>TORRANCE, CA 90505** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **SHOPPES OF GOLDEN ACRES 9824 LITTLE RD., SPC 17 NEW PORT RICHEY, FL** | **DDRM SHOPPES OF GOLDEN ACRES<br>DEPT 109556 21227 31624<br>PO BOX 534455<br>ATLANTA, GA 30353** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **FACTORY STORES OF AMERICA 2824 SOUTH EAST BLVD, STE 105 TUPELO, MS** | **DESANTIS PROPERTIES<br>TUP-BONWOR/PAT DESANTIS<br>PO BOX 1905<br>CLOVIS, CA 93613** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **BUCKHORN PLAZA 6118 E. MAIN STREET, STE B-102 MESA, AZ** | **EC MESA LLC<br>PO BOX 845807<br>LOS ANGELES, CA 90084** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **11691 N EXECUTIVE DE STE B100 EDINBURGH, IN** | **EDINBURGH PREMIUM OUTLETS<br>PO BOX 822925<br>PHILADELPHIA, PA 19182** |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **2323 S FEDERAL HWY FT. PIERCE, FL** | **EHDEN N.V./dba SABAL PALM PLAZ<br>FRAGA PROPERTIES<br>75 VALENCIA AVE SUITE 1150<br>CORAL GABLES, FL 33134** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **EXVERVE<br>2909 LANGFORD RD.<br>SUITE 400B<br>NORCROSS, GA 30071** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **325 LAKEWOOD DRIVE SUITE 27 BATESVILLE, MS** | **FACTORY STORES @ BATESVILLE<br>C/O SPEED COMMERCIAL REAL ESTATE<br>PO BOX 806<br>RIDGELAND, MS 39158** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest | **FACTORY STORES OF AMERICA 614 BILL BRADFORD ROAD STE. 105 SULPHUR SPRINGS, TX** | **FACTORY STORES MALL SSMD LLC PO BOX 2005 SULPHER SPRINGS, TX 75483** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.29. State what the contract or lease is for and the nature of the debtor's interest | **PEACH FACTORY STORES 311 HWY 49 NORTH, STE 130 BYRON, GA** | **FICKLING MANAGEMENT SERVICES PO BOX 310 MACON, GA 31202** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.30. State what the contract or lease is for and the nature of the debtor's interest | **FLATWOOD FACTORY STORES 82 SKIDMORE LANE SUTTON, WV** | **FLATWOODS FACTORY OUTLET STORES INC 350 DAYS DRIVE SUTTON, WV 26601** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.31. State what the contract or lease is for and the nature of the debtor's interest | **6363 MANATEE AVENUE W SUITE 202 BRADENTON, FL** | **FOUNTAIN COURT ACQUISITIONS LP ATTN: DAVID SITT 625 MADISON AVE SUITE 1202 NEW YORK, NY 10022** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest | **3615 49TH STREET NORTH ST. PETERSBURG, FL** | **FREP III-DISSTON PLAZA SEMBLER CO / DISSTON PLAZA PO BOX 41847 ST PETERSBURG, FL 33743** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **2625 SCOTTSVILLE RD SUITE 200 BOWLING GREEN, KY** | **GENERAL GROWTH PROPERTIES<br>GREENWOOD MALL SDS-12-1361<br>PO BOX 86<br>MINNEAPOLIS, MN 55486** |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **GERBER TECHNOLOGY<br>24 INDUSTRIAL PAR RD. W.<br>TOLLAND, CT 06084** |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **THE OUTLET SHOPPES AT GETTYSBURG 1863 GETTYSBURG VILLAGE DRIVE, STE 450 GETTYSBURG, PA** | **GETTYSBURG OUTLET CENTER LP<br>ATTN: DAVID PEARCY<br>10275 W. HIGGINS RD, STE 560<br>ROSEMONT, IL 60018** |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **GOVERNORS CROSSING OUTLET CENTER 204 COLLIER DRIVE, STE D-1 SEVIERVILLE, TN** | **GOVERNOR'S CROSSING OWNER LLC<br>C/O URBAN RETAIL PROP. LLC<br>PO BOX 784045<br>PHILADELPHIA, PA 19178** |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Telephone lease** | **GREATAMERICAN FINANCIAL SERVICES<br>625 FIRST ST.<br>CEDAR RAPIDS, IA 52401** |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **1911 LEESBURG GROVE CITY RD UNIT 415 GROVE CITY, PA** | **GROVE CITY FACTORY SHOPS<br>PO BOX 776260<br>CHICAGO, IL 60677** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **10120 FACTORY SHOPS BLVD GULFPORT, MS** | **GULFPORT FACTORY SHOPS LIMITED PARTNERSHIP<br>PO BOX 776257<br>CHICAGO, IL 60677** |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **901 US 27 NORTH SUITE 104 SEBRING, FL** | **HC LAKESHORE LLC<br>C/O BANK OF THE OZARKS<br>8300 DOUGLAS AVE SUITE 810<br>DALLAS, TX 75225** |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **OUTLET SHOPPES AT FREMONT 655 WEST STATE ROAD 120, STE 17 FREMONT, IN** | **HORIZON FREMONT LLC<br>33098 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693** |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **7612 ROGERS AVE SUITE B FT. SMITH, AR** | **HUGU NGUYEN<br>1406 BURNHAM COURT<br>FORT SMITH, AR 72903** |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **PEACHLAND PROMENADE 24123 PEACHLAND BLVD, STE A-13 PORT CHARLOTTE, FL** | **IA PORT CHARLOTTE PEACHLAND<br>33012 COLLECTIONS CENTER DRIVE<br>BLDG #44662<br>CHICAGO, IL 60693** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Lease for copier, print and fax machines** | **IMAGE SOLUTIONS, LLC**<br>**12 NATIONAL AVE.**<br>**FLETCHER, NC 28731** |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **POWER SQUARE 2055 SOUTH POWER RD., # 140 MESA, AZ** | **INFINITY MESA LLC**<br>**4000 S POPLAR ST**<br>**CASPER, WY 82601** |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **WESTERN WAY SHOPPING CENTER 12987 CORTEZ BOULEVARD BROOKSVILLE, FL** | **ISRAM WESTERN WAY LLC**<br>**% ISRAM REALTY MGMT**<br>**506 S DIXIE HIGHWAY**<br>**HALLANDALE BEACH, FL 33009** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **JOHNSON CONTROLS**<br>**PO BOX 371967**<br>**PITTSBURGH, PA 00037-1967** |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **FACTORY STORES OF AMERICA 805 FACTORY OUTLET DRIVE, STE 101 HEMPSTEAD, TX** | **JV RESTAURANT LLC**<br>**ATTN: ESHAGH MALEKAN**<br>**111 E JERICO TURNPIKE 2ND FL**<br>**MINEOLA, NY 11501** |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining | **BUTLER OUTLET MALL 2529 HWY 227, BOX 7 CARROLLTON, KY** | **KESH REALTY OF CARROLLTON LLC**<br>**17 MONET COURT**<br>**SOMERSET, NJ 08873** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| List the contract number of any government contract | | |
| 2.50. State what the contract or lease is for and the nature of the debtor's interest | **1664 MCCULLOCH BLVD SUITE 1664 LAKE HAVASU, AZ** | **LAKE HAVASU SHOPPING CNTR ASSO<br>380 STEVENS AVE. STE 307<br>SOLANA BEACH, CA 92075** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.51. State what the contract or lease is for and the nature of the debtor's interest | **LAKE LIVINGSTON OUTLET MALL 440 HWY 59 LOOP SOUTH, STE 106 LIVINGSTON, TX** | **LAKE LIVINGSTON OUTLET MALL<br>STANLEY CROWE<br>5800 HIGHWAY 190 WEST<br>LIVINGSTON, TX 77351** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.52. State what the contract or lease is for and the nature of the debtor's interest | **MILL STORE PLAZA 5137 MILL STORE ROAD LAKE PARK, GA** | **LAKE PARK PLAZA GA<br>9101 ALTA DRIVE SUITE 1801<br>LAS VEGAS, NV 89145** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.53. State what the contract or lease is for and the nature of the debtor's interest | **SHOPPES OF LAKE VILLAGE 10601 HWY 441, BAY C-5 LEESBURG, FL** | **LAKE VILLAGE STATION LLC<br>PO BOX 645414<br>PITTSBURGH, PA 15264** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.54. State what the contract or lease is for and the nature of the debtor's interest | **LAKE WASHINGTON CROSSING 3202 LAKE WASHINGTON ROAD MELBOURNE, FL** | **LAKE WASHINGTON STATION LLC<br>33340 COLLECTION CENTER DR<br>CHICAGO, IL 60693** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **14029 DELANY ROAD LA MARQUE, TX** | **LAMARQUE OUTLET DEVELOPMENT<br>%SUGAR OAK MGMT. SERVICES<br>481 CARLISLE DRIVE<br>HERNDOD, VA 20170** |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **LA PLAZA GRANDE SOUTH 988 BICHARA BLVD THE VILLAGES, FL** | **LAZY B CATTLE VENTURES LTD<br>COMMERCIAL PROPERTY MGMT<br>3597 KIESSEL ROAD<br>THE VILLAGES, FL 32163** |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **FACTORY STORES OF AMERICA 2020 EVERGREEN PARKWAY, STE 112 LEBANON, MO** | **LEBANON MALL LLC<br>ATTN: MICHAEL WEIS<br>PO BOX 1600<br>LEBANON, MO 65536** |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **13 HAMPTON HOUSE RD ROUTE 206 NEWTON, NJ** | **LEVIN MGMT CORP<br>PO BOX 326<br>PLAINVILLE, NJ 07061** |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **2400 ELIDA RD SUITE 704 LIMA, OH** | **LIMA CENTER LLC<br>LIMA MALL<br>1358 MOMENTUM PLACE<br>CHICAGO, IL 60689** |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining | **ST. AUGUSTINE OUTLETS 500 OUTLET MALL BLVD, STE 155 ST. AUGUSTINE, FL** | **LVP ST AUGUSTINE OUTLETS<br>PO BOX 60785<br>CHARLOTTE, NC 28260** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| List the contract number of any government contract | | |
| 2.61. State what the contract or lease is for and the nature of the debtor's interest | **5320 WEST SUNSET SUITE 176 SPRINGDALE, AR** | **MATHIAS PROPERTIES OZARK FACTORY OUTLET STORES PO BOX 6485 SPRINGFIELD, AR 72766** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.62. State what the contract or lease is for and the nature of the debtor's interest | **1515 US HWY 98 SOUTH BAY 9 LAKELAND, FL** | **MF GROVE PARK OWNER LLC C/O FORGE PROPERTY MGMT 2501 S MCDILL AVE TAMPA, FL 33629** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.63. State what the contract or lease is for and the nature of the debtor's interest | **1366 MID RIVERS MALL ST. PETERS, MO** | **MID RIVERS MALL CBL #805 PO BOX 955607 ST LOIUS, MO 36195** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.64. State what the contract or lease is for and the nature of the debtor's interest | | **MORROW INSURANCE AGENCY, INC. PO BOX 1109 HENDERSONVILLE, NC 28792** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.65. State what the contract or lease is for and the nature of the debtor's interest | | **MORROW INSURANCE AGENCY, INC. PO BOX 1109 HENDERSONVILLE, NC 28792** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **MORROW INSURANCE AGENCY, INC.<br>PO BOX 1109<br>HENDERSONVILLE, NC 28792** |
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **MORROW INSURANCE AGENCY, INC.<br>PO BOX 1109<br>HENDERSONVILLE, NC 28792** |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **MORROW INSURANCE AGENCY, INC.<br>PO BOX 1109<br>HENDERSONVILLE, NC 28792** |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **MORROW INSURANCE AGENCY, INC.<br>PO BOX 1109<br>HENDERSONVILLE, NC 28792** |
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **MORROW INSURANCE AGENCY, INC.<br>PO BOX 1109<br>HENDERSONVILLE, NC 28792** |
| 2.71. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any | **MORROW INSURANCE AGENCY, INC.<br>PO BOX 1109<br>HENDERSONVILLE, NC 28792** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | government contract | | |
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **4960 S ALMA SCHOOL RD SUITE B-9 CHANDLER, AZ** | **NAI HORIZON<br>2944 N 44TH STREET #200<br>PHOENIX, AZ 85018** |
| 2.73. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **651 WHY 81 STE 320 NEW BRAUNFELS, TX** | **NEW BRAUNFELS MARKETPLACE<br>177 W MILL STREET<br>NEW BRAUNFELS, TX 78130** |
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **9913 AVON LAKE RD UNIT 525 BURBANK, OH** | **OHIO STATION REALTY LLC<br>C/O NAMDAR REALTY GROUP<br>150 GREAT NECK RD. - SUITE 304<br>GREAT NECK, NY 11021** |
| 2.75. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **4540 OSAGE BEACH PKWY BOX B-7 OSAGE BEACH, MO** | **OSAGE BEACH PREMIUM OUTLETS<br>OSG-BON WO<br>PO BOX 822941<br>PHILADELPHIA, PA 19182** |
| 2.76. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **SUNDOME PLAZA 13539 W. CAMINO DEL SOL SUN CITY WEST, AZ** | **PATTERSON PROPERTIES INC<br>PO BOX 25407<br>TEMPE, AZ 85285** |
| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **4554 VIRGINIA BEACH BLVD SUITE 110 VIRGINA BEACH, VA** | **PEMBROKE SQUARE ASSOCIATES<br>4554 VIRGINIA BEACH BLVD<br>SUITE 201<br>VIRGINIA BEACH, VA 23462** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.78. State what the contract or lease is for and the nature of the debtor's interest | **3528 PINE GROVE AVE SUITE L1 PORT HURON, MI** | **PINE GROVE ACQUISITION CO<br>380 N OLD WOODWARD AVE STE 120<br>BIRMINGHAM, MI 48009** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.79. State what the contract or lease is for and the nature of the debtor's interest | **FACTORY STORES OF AMERICA 214 S MCCLESKEY STREET, SUITE 844 BOAZ, AL** | **PIPER STATION LLC<br>754 HWY 431<br>BOAZ, AL 35957** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.80. State what the contract or lease is for and the nature of the debtor's interest | | **PITNEY BOWES<br>3001 SUMMER ST.<br>STAMFORD, CT 06926** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.81. State what the contract or lease is for and the nature of the debtor's interest | **1355 EAST FLORENCE BLVD SUITE 119 CASA GRANDE, AZ** | **PLP CASA GRANDE LLC<br>PO BOX 6166<br>SCOTTSDALE, AZ 85261** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.82. State what the contract or lease is for and the nature of the debtor's interest | **PREFERRED OUTLETS 1955 S. CASINO DRIVE., SPACE #215 LAUGHLIN, NV** | **PRICELESS OUTLETS OF LAS VEGAS LAUGHLIN LLC<br>9103 ALTA DRIVE - SUITE 204<br>LAS VEGAS, NV 89145** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **340 OUTLET VILLAGE BLVD LEBANON, TN** | **PRIME OUTLETS AT LEBANON LP<br>PO BOX 776263<br>CHICAGO, IL 60677** |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **17966 NORTH TAMIAMI TRAIL SUITE 130 NORTH FT. MYERS, FL** | **PUBLIX SUPER MARKETS INC<br>PO BOX 32010<br>LAKELAND, FL 33802** |
| 2.85. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **1376 6TH STREEET NORTH WEST WINTER HAVEN, FL** | **PUBLIX SUPER MARKETS INC #234<br>PO BOX 32010<br>LAKELAND, FL 33802** |
| 2.86. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **12870 TRADE WAY BONITA SPRINGS, FL** | **REAL SUB LLC<br>C/O PUBLIX SUPER MARKETS INC<br>PO BOX 32010<br>LAKELAND, FL 33802** |
| 2.87. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **VILLAGE NORTH 2464 LEBANON STREET LEBANON, IN** | **REGENCY COMMERCIAL ASSOC.<br>VILLAGE NORTH CENTER<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715** |
| 2.88. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **1513 E TIPTON SUITE 413 SEYMOUR, IN** | **REGENCY SEYMOUR LLC.<br>DEPT 78965<br>PO BOX 78000<br>DETRIOT, MI 48278** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | government contract | | |
| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **MERCER MALL US HWY 460 & RT 25, STE 205 BLUEFIELD, WV** | |
| | State the term remaining | | **REGIONAL MALLS DBA MERCER MALL PO BOX 2275 LEXINGTON, KY 40588** |
| | List the contract number of any government contract | | |
| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **5001 E EXPRESSWAY 83 SUITE 819 MERCEDES, TX** | |
| | State the term remaining | | **RIO GRANDE VALLEY PREMIUM OUTLETS PO BOX 822324 PHILADELPHIA, PA 19182** |
| | List the contract number of any government contract | | |
| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **ROCKET SOFTWARE INC. 77 FOURTH ST STE. 100 WALTHAM, MA 02451** |
| | List the contract number of any government contract | | |
| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **ROCKVALE SQUARE OUTLETS 35 SOUTH WILLOWDALE DRIVE, BOX 305 LANCASTER, PA** | |
| | State the term remaining | | **ROCKVALE OUTLET CENTER WHARTON REALTY GROUP 8 INDUSTRIAL WAY E 2ND FLOOR EATONTOWN, NJ 07724** |
| | List the contract number of any government contract | | |
| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **1103 RIVERY BLVD SUITE 160 GEORGETOWN, TX** | |
| | State the term remaining | | **RPAI SOUTHWEST MGMT LLC 15105 COLLECTION CENTER DR CHICAGO, IL 60693** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.94. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **PIGEON FORGE FACTORY OUTLET (RED ROOF MALL) 2850 PARKWAY AVENUE, STE 10A PIGEON FORGE, TN** | **RUETER, MARK<br>116 PARKWAY<br>SEVIERVILLE, TN 37862** |
| 2.95. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RIVER VALLEY MALL 1635 RIVER VALLEY CIRCLE SOUTH, STE 845 LANCASTER, OH** | **RVM LLC<br>C/O PROPERTY MANAGERS<br>3228 COLLINGSWORTH ST<br>FORT WORTH, TX 76107** |
| 2.96. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **3241 EAST STATE ST SUITE 212 HERMITAGE, PA** | **SHENANGO VALLEY REALTY LLC<br>C/O NAMDAR REALTY GROUP<br>150 GREAT NECK RD. - SUITE 304<br>GREAT NECK, NY 11021** |
| 2.97. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **5555 RICHMOND RD SUITE G100 WILLIAMSBURG, VA** | **SIMON PROPERTIES<br>PO BOX 776329<br>CHICAGO, IL 60677** |
| 2.98. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **SIX GUN PLAZA 4901 E. SILVER SPRINGS BLVD. STE 310 OCALA, FL** | **SIX GUN ASSOCIATES LLC<br>SOUTHEAST PROPERTIES<br>1645 SE 3RD COURT SUITE 200<br>DEERFIELD BEACH, FL 33441** |
| 2.99. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **375 FAUNCE CORNER ROAD NORTH DARTMOUTH, MA** | **STANLEY STREET HOLDING<br>PO BOX 4023<br>NEW BEDFORD, MA 02741** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | List the contract number of any government contract | | |
| 2.100. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **SUN CITY CENTER PLAZA 1517 SUN CITY CENTER PLAZA, STE A SUN CITY CENTER, FL** | **SUN CITY CENTER<br>1730 RHODE ISLAND AVE NW<br>SUITE 909<br>WASHINGTON, DC 20036** |
| 2.101. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **10 FARBER DR SUITE 11 BELLPORT, NY** | **SUNRISE STATION<br>PO BOX 113<br>MEDFORD, NY 11763** |
| 2.102. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **465 EAGLE RIDGE DRIVE LAKE WALES, FL** | **T EAGLE RIDGE FL LLC<br>ATTN: MAHMOUD AL-HADIDI<br>PO BOX 8130<br>BLOOMFIELD HILLS, MI 48302** |
| 2.103. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **TANGER MALL 2601 SOUTH MCKENZIE STREET, STE 448 FOLEY, AL** | **TANGER PROPERTIES<br>TWMB / COROC<br>PO BOX 414225<br>BOSTON, MA 02241** |
| 2.104. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **MYRTLE BEACH FACTORY STORES 4635 FACTORY STORES BLVD., STE D120 MYRTLE BEACH, SC** | **TANGER PROPERTIES #145<br>TWMB/COROC MYRTLE BEACH<br>PO BOX 414225<br>BOSTON, MA 02241** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| No. | | Contract / Lease | Other party |
|---|---|---|---|
| 2.105. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **TANGER OUTLET CENTER 300 TANGER BLVD, STE 113 BRANSON, MO** | **TANGER PROPERTIES #158<br>TWMB/COROC BSN BSNAD1<br>PO BOX 414225<br>BOSTON, MA 02241** |
| 2.106. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **TANGER OUTLET CENTER 301 TANGER DRIVE, STE 108 TERRELL, TX** | **TANGER PROPERTIES LP<br>TWMB / COROC TERRELL<br>PO BOX 414225<br>BOSTON, MA 02241** |
| 2.107. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **129 TANGER DRIVE WILLIAMSBURG, IA** | **TANGER PROPERTIES LTD #206<br>TWMB / COROC ID #000505<br>PO BOX 414225<br>BOSTON, MA 02241** |
| 2.108. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **TANGER FACTORY OUTLET 800 STEVEN B TANGER BLVD, STE 308 COMMERCE, GA** | **TANGER PROPERTIES, #126<br>TWMB/COROC - CMJ CMJBON<br>PO BOX 414225<br>BOSTON, MA 02241** |
| 2.109. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **1000 TANGER DRIVE SUITE 413 LOCUST GROVE, GA** | **TANGER PROPERTIES, #127<br>TWMB/COROC LOC LOCBW1<br>PO BOX 414225<br>BOSTON, MA 02241** |
| 2.110. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any | **700 FACTORY OUTLET DRIVE UNIT 104 ARCADIA, LA** | **TOWN OF ARCADIA<br>ARCADIA OUTLET MALL<br>PO BOX 767<br>ARCADIA, LA 71001** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| government contract | | |
| 2.111. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **143 ORCHARD RIDGETOM DRIVE APT. # 105 HENDERSONVILLE, NC** | **TRIANGLE BALLANTYNE HENDERSONVILLE, INC.<br>824 HALF MOON TRAIL<br>HENDERSONVILLE, NC 28792** |
| 2.112. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **1739 94TH DR, SPACE D-230 BLDG D VERO BEACH, FL** | **TSO VERO BEACH LP<br>C/O THE SIMPSON ORGANIZATION<br>1170 PEACHTREE ST NE STE 2000<br>ATLANTA, GA 30309** |
| 2.113. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **6401 W MARANA CENTER BLVD SUITE 844 TUCSON, AZ** | **TUCSON PREMIUM OUTLETS LLC<br>C/O SIMON PROPERTY GROUP<br>225 W. WASHINGTON ST<br>INDIANAPOLIS, IN 46204** |
| 2.114. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **B-600 TUSCOLA BLVD SUITE 4045 TUSCOLA, IL** | **TUSCOLA REALTY LLC<br>C/O NAMCO REALTY LLC<br>PO BOX 368<br>EMERSON, NJ 07630** |
| 2.115. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **COUNTY MARKETPLACE 1700 WEST REEL FOOT AVE SUITE 106 & 112 UNION CITY, TN** | **UNIONCITY REALTY NOMINEE TRUST<br>C/O NORTHWEST TENNESSEE REALTY<br>313 S THIRD<br>UNION CITY, TN 38261** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.116. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **VERIZON**<br>**PO BOX 4001**<br>**ACKWORTH, GA 30101** |
| 2.117. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **FACTORY STORES OF AMERICA 100 FACTORY OUTLET DRIVE, STE 105 HANSON, KY** | **VF FACTORY OUTLET INC #74**<br>**739 READING AVENUE, STE 200**<br>**WEST READING, PA 19611** |
| 2.118. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **SAN MARCOS PREMIUM OUTLETS 3939 I-35 SOUTH, STE 450-B SAN MARCOS, TX** | **VF FACTORY OUTLET INC #78**<br>**739 READING AVENUE, STE 200**<br>**WEST READING, PA 19611** |
| 2.119. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **FACTORY STORES OF AMERICA 950 PRIM AVENUE, STE 13 GRACEVILLE, FL** | **VF MALL REALTY MGMT**<br>**c/o KOHEN RETAIL INVESTMENT LL**<br>**1010 NORTHERN BLVD., SUITE 212**<br>**GREAT NECK, NY 11021** |
| 2.120. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **USA FACTORY STORES 1220 FOX RUN AVE., STE 116 OPELIKA, AL** | **VICTOR VANCE**<br>**USA TOWN CENTER, SUITE 200**<br>**1220 FOX RUN AVE**<br>**OPELIKA, AL 36801** |
| 2.121. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining | **655 ROUTE 318 SUITE 30 WATERLOO, NY** | **WATERLOO PREMIUM OUTLETS**<br>**ID: WAT-BONWOR**<br>**PO BOX 827756**<br>**PHILADELPHIA, PA 19182** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Bon Worth, Inc.** Case number (*if known*) **19-10317**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| List the contract number of any government contract | | |
| 2.122. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **2305 S HWY 27 CLERMONT, FL** | **WEIN-I-4 CLERMONT LANDING LLC<br>PO BOX 924133<br>HOUSTON, TX 77292** |
| 2.123. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **10500 ULMERTON RD SUITE 697 LARGO, FL** | **WEINGARTEN REALTY INVESTORS<br>PO BOX 301074<br>DALLAS, TX 75303** |
| 2.124. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **955 W STATE ROAD 436 SUITE 1020 ALTAMONTE SPRINGS, FL** | **WEKIVA SQUARE LLC<br>C/O CORO REALTY ADVISORS LLC<br>3715 N SIDE PKWY, BLDG 400-100<br>ATLANTA, GA 30327** |
| 2.125. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **SIKESTON FACTORY OUTLET 100 OUTLET DRIVE, STE 15 MINER (SIKESTON), MO** | **WELFONT SERVICES LLC<br>MGMT AGENT - 100 OUTLET DR LLC<br>601 N. ASHLEY DR, STE 600<br>TAMPA, FL 33602** |
| 2.126. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **FACTORY STORES OF AMERICA 1000 FACTORY OUTLET DRIVE, BOX 106 WEST FRANKFORT, IL** | **WEST FRANKFORT, CITY OF<br>ATTN: CITY CLERK<br>110 N JEFFERSON ST<br>WEST FRANKFORT, IL 62896** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **2537 OLD VINELAND RD KISSIMMEE, FL** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **YINS OUTLET LLC<br>PO BOX 611030<br>N MIAMI, FL 33261** |
| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **MERCHANT SQUARE MALL 7409 GALL BLVD, STE 100B ZEPHYRHILLS, FL** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ZEPHYRHILLS MERCHANT SQ LLC<br>800 HIGHLAND AVE. SUITE 200<br>ORLANDO, FL 32803** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Bon Worth, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-10317**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy